# KAPLAN, O'SULLIVAN & FRIEDMAN, LLP
Attorneys At Law

Ten Winthrop Square • Third Floor Boston, Massachusetts 02110
E-mail: hkaplan@kof-law.com • www.kof-law.com

Harvey Kaplan
Maureen O'Sullivan
Jeremiah Friedman

Tel: (617) 482-4500
Fax: (617) 451-6828
Fax: (617) 451-6826

May 10, 2004

Maurice Lindsay
Deputy Clerk
U.S. District Court
Federal Building and Courthouse
1550 Main St.
Springfield, MA 01103

Re:   SITCHA vs. MacDonald

Dear Mr. Lindsay:

I am assisting Mr. Richard Sitcha in filing a pro-se habeas petition. Although I have helped him draft these documents I am not entering my appearance on his behalf at this time. I have spoken to the Civil Liberties Union of Massachusetts (CLUM) which is very interested in this case as it presents many important due process questions for political asylum applicants. CLUM is presently attempting to find counsel on behalf of Mr. Sitcha's, habeas petition which is filed now in order to stay his deportation until the merits of his case can be heard.

Andrew Cohen has been visiting the Petitioner. Mr. Cohen is not allowed to bring in the habeas petition for Mr. Sitcha to sign. Therefore, the petition is being filed without his signature. Any assistance you can give Mr. Sitcha to allow him to sign the petition would be appreciated.

If you have any questions you can contact me. Mr. Sitcha is being assisted by his friend Andrew Cohen whose address is 1345 Beacon St., Brookline, MA 02146 phone numbers are as follows: (617) 277-6925 (home), 978-621-5516 (cell).

Once summons's are issued Mr. Cohen will serve all parties. Since his deportation could be imminent please notify the appropriate authorities.

Thank you for your attention in this matter.

Sincerely,

Harvey Kaplan
HK:wo
enc.