UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD SITCHA, (A95 461 653)
**Petitioner**

V.

FREDERICK MacDONALD, ET AL
**Respondents**

CIVIL ACTION
NO. 04-30090-MAP

## ORDER

PONSOR, , D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

It is further ordered that the Respondent shall advise the Court of any scheduled deportation or removal of Petitioner *at least thirty (30) days prior to any deportation or removal.*

May 11, 2004
**Date**

Michael A. Ponsor
**United States District Judge**

(2241servINS.wpd - 09/00)                                    [2241serv.]