DISTRICT OF MASSACHUSETTS

IN THE MATTER OF: SITCHA RICHARD A96 497 653

# EMERGENCY MOTION AND REQUEST

FILED
CLERK'S OFFICE
2004 MAY 19 A 11:10
U.S. DISTRICT COURT
DISTRICT OF MASS

I AM FEARFUL OF BEING DEPORTED TO CAMEROON, MY HOME COUNTRY THAT I FLED TO AVOID POLITICAL PERSECUTION. I ASK THAT THE COURT PREVENT THE GOVERNMENT FROM REMOVING ME FROM THIS JURISDICTION, STAY MY DEPORTATION AND RELEASE ME FROM PRISON. I AM REQUESTING A LAWYER TO BE APPOINTED TO REPRESENT ME UNDER THE CJA (CRIMINAL JUSTICE ACT). MYLES JACOBSON HAS AGREED TO TAKE ON THIS CASE IF APPOINTED. PLEASE REVIEW MY REQUEST AS QUICKLY AS POSSIBLE. PLEASE THE ORDER OF MY NAME IS SITCHA RICHARD NOT RICHARD SITCHA.

SINCERELY
SITCHA RICHARD