UNITED STATES DISTRICT COURT    06-15-04
DISTRICT OF MASSACHUSETTS / SPRINGFIELD    CIVIL N°: 04-30090-MAP

IN THE MATTER OF: SITCHA RICHARD - A95-461-853

## MOTION

I, SITCHA, RICHARD, PETITIONER RESPECTFULLY PRAY THE COURT TO TAKE NOTICE ABOUT THE FOLLOWING FACT:

AN HABEAS CORPUS HAS BEEN FILED ON MY BEHALF BY ANDREW P. COHEN AND HAS BEEN OPENED UNDER THE CIVIL CASE NUMBER ABOVE. MY SIGNATURE WAS NOT YET PUT BELOW THIS WRIT OF HABEAS CORPUS. SINCE THE SIGNATURE OF EVERY PETITIONER IS ONE OF THE CONDITIONS OF RECEVABILITY FOR ANY MOTIONS OR PETITIONS, I WOULD LIKE PLEASE THE COURT TO NOTICE THIS MISSING AND LET ME SIGN BELOW ER TO SIGN A NEW COPY AND SEND IT TO THE COURT.

THANK YOU

RESPECTFULLY SUBMITTED

*[signature]*

## CERTIFICATION OF SERVICE

I, SITCHA, RICHARD CERTIFY THAT COPY OF THIS ONGOING MOTION HAS BEEN SENT BY U.S. POSTAGE TO:

- MYLES JACOBSON FEIN, PEARSON & EMOND P.C. 52 MULBERRY ST SPRINGFIELD, MA, 01105

- ANDREW P. COHEN 12 CAPT FURBUSH LANE ACTON MA 01720

- SAINTE ANNE IMMACULATE CONCEPTION CHURCH 820 PARK ST HARTFORD CT 06106-2388

*[signature]*