UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD, MASSACHUSETTS

FILED
CLERK'S

U.S. DISTRICT COURT
DISTRICT OF

**Sitcha, Richard** *(A95 461 653)* *(Pro Se)*
c/o *Andrew Cohen*
12 Captain Forbush Lane
Acton, MA 01720
(978) 621-5516

---

| | |
|---|---|
| SITCHA, Richard <br> (A95 461 653) <br>    Petitioner, <br><br> v. <br><br> Frederick MacDonald, High Sheriff, Franklin County House of Corrections; TOM RIDGE, Secretary, Department of Homeland Security; MICHAEL J. GARCIA, Assistant Secretary(Designee), Bureau of Immigration and Customs Enforcement ("ICE"); EDUARDO AGUIRRE, Acting Director, Bureau of Citizenship and Immigration Services ("CIS); Bruce Chadbourne, Interim Director, ICE, Boston, <br>    Respondents. | Case No. 04-CV-30090-MAP <br><br> MOTION FOR CONTINUANCE AND EXTENSION OF STAY OF DEPORTATION |

## MOTION FOR A CONTINUANCE AND EXTENSION OF STAY OF DEPORTATION

  Now comes the Respondent, Richard Sitcha, presently confined at the Franklin House of Corrections, Greenfield, to respectfully request that the Court grant a sixty-day continuance and stay of deportation in the above-referenced case, currently scheduled for a status conference on June 29, 2004. In support of his motion, Respondent states as follows:

  1. Petitioner is a forty-two year old applicant for asylum, withholding, and Torture Convention relief from Cameroon.

2. Petitioner was unrepresented when he filed his petition for habeas corpus on May 10, 2004.

3. A hearing has been set for June 29, 2004.

4. On June 16, 2004, the Court found Petitioner ineligible for court appointed counsel.

5. Attempts at locating counsel to take the case are being fervently undertaken.

6. A possible attorney has been located. However, counsel requires additional time to determine if the case can be undertaken. Furthermore, said counsel will be unavailable from June 22 through July 6 due to prior commitments.

7. It would severely prejudice Petitioner to require a pro-se appearance on the scheduled date.

8. It is in the interest of judicial economy to reschedule Respondent's case.

WHEREFORE, for all the above reasons, the Petitioner respectfully requests that his status conference and Stay of Deportation be continued for at least 60 days.

> Respectfully submitted,
> SITCHA, Richard
>
> _____
> Date

## CERTIFICATE OF SERVICE

I hereby certify that on this ___19___ day of June, 2004, I caused a copy of Petitioner's Motion For A Continuance and Stay of Deportation was mailed/delivered to the:

Frederick MacDonald, High Sheriff, Franklin County House of Corrections,
160 Elm St.
Greenfield, MA 01301

TOM RIDGE, Secretary, Department of Homeland Security;
U.S. Department of Homeland Security
Washington, D.C. 20528

MICHAEL J. GARCIA, Assistant Secretary (Designee),
Immigration and Customs Enforcement ("ICE");
U.S. Department of Homeland Security
Washington, D.C. 20528

EDUARDO AGUIRRE, Acting Director, United States Citizenship and Immigration Services ("CIS");
U.S. Department of Homeland Security
Washington, D.C. 20528

Bruce Chadbourne, Interim Director, ICE, Boston,
15 New Sudbury St.
JFK Federal Building, Government Center
Boston, MA 02203.

Frank Crowley
Litigation Unit of the Department of Homeland Security (INS)
Room 425, 15 New Sudbury St.
JFK Federal Building, Government Center
Boston, MA 02203.

U.S. Attorney's Office
John Joseph Mackle, U.S. Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02203

_____
Andrew Cohen for
Richard Sitcha
12 Captain Forbush Lane
Acton, MA 01720

Andrew P. Cohen
12 Captain Forbush Lane
Acton, MA 01720
978-621-5516 (cell)
978-263-1896 (home)
acohen@wesleyan.edu

June 18, 2004

FILED
CLERK'S OFFICE
[illegible date stamp]
U.S. DISTRICT COURT
DISTRICT OF MASS.

John Stuckenbruck
Court Clerk
US District Court
Federal Building and Courthouse
1550 Main St.
Springfield, MA 01103

Re: Sitcha vs. MacDonald
Case #: 04-30090-MAP

Dear Mr. Stuckenbruck,

I am assisting Mr. Sitcha in filing a pro-se Motion for Continuance and Extension of Stay of Deportation. The Civil Liberties Union of Massachusetts (CLUM) and Amnesty International are very interested in this case as it presents many important due process questions for political asylum applicants. I am currently speaking to an attorney who has expressed interest in representing the petitioner, but she has asked for additional time to prepare the case. Furthermore, she is unavailable to come to the court on June 29 due to prior commitments. Because of this delay, an earnest search for counsel is an on-going process. CLUM and Amnesty International are aiding our search.

I have been visiting Mr. Sitcha on a weekly basis since mid-April 2004. As a friend and advocate of the petitioner, I am not allowed to bring in the motion for Mr. Sitcha to sign in prison. Therefore, the motion is being filed without his signature. Any assistance you can give Mr. Sitcha to allow him to sign the petition would be appreciated.

If you have questions, please do not hesitate to contact me.

I will serve all parties once summonses are issued. Since the petitioner's deportation could be imminent, please notify the appropriate authorities.

Thank you for your attention in this matter.

Sincerely,

Andrew P. Cohen