AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**APPEARANCE**

Case Number: 04-30090-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard Sitcha
v.
Bice, DHS et.al.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/21/04 <br> Date | *[Signature]* <br> Signature |
| | John P. McKenna    630542 <br> Print Name / Bar Number |
| | 1537 Main St. Ste 305 <br> Address |
| | Springfield  MA  01103 <br> City / State / Zip Code |
| | 4137879995    4137879125 <br> Phone Number / Fax Number |