Andrew P. Cohen<br>
12 Captain Forbush Lane<br>
Acton, MA 01720<br>
978-621-5516 (cell)<br>
978-263-1896 (home)<br>
acohen@wesleyan.edu

June 18, 2004

Judge Michael Ponsor
US District Court
Federal Building and Courthouse
1550 Main St.
Springfield, MA 01103

Re: Sitcha, Richard
Case #: 04-30090-MAP

To the Honorable Judge Ponsor:

This packet of support letters is respectfully submitted on behalf of Sitcha, Richard. The letters contained herein represent a cross section of perspectives on Mr. Sitcha's predicament written by his friends and supporters. For your convenience, I have organized this packet into three sections: 1) Testimonies from experts on the history and politics of Cameroon, 2) Letters from Mr. Sitcha's Catholic community in America, and 3) Letters from students and professors at Wesleyan University.

Section one: Cameroon, two letters. 1) Brother Daniel Croteau - Canadian priest who lived in Cameroon from 1969 to 1993; Mr. Sitcha's school teacher from the ages of twelve to twenty-five. This letter was originally written in French; a translated copy is provided. The signed original will be sent directly to your office. 2) Keith Harmon Snow - Journalist and Human Rights investigator for Survivor's Rights's International and Genocide Watch; he does not know Mr. Sitcha personally. Additionally, a support letter from David Benson, a professor of Cameroonian history and politics for the School of International Training, will be sent directly to your office.

Section two: Catholic Church, three letters. 1) Ste. Anne-Immaculate Conception Church - Mr. Sitcha's parish in Hartford; includes copies of a letter and petition sent to Judge Straus in January 2004. 2) Lorena Dutelle - Mr. Sitcha's "American mother"; French translator. 3) Albert J. Marceau - Friend, journalist. A letter of support from Bishop Peter Rosazza of New Haven and Hartford will be sent directly to your office.

Section three: Wesleyan University, four letters. 1) Andrew P. Cohen - Former Wesleyan student, friend, and advocate; includes petition of supporters compiled in May 2004. 2) Peter Rutland - Professor of Government, Wesleyan University. 3) Anna Winskill - Wesleyan student, friend. 4) Department of French Studies, Wesleyan University - copy of a letter originally sent to Mr. Sitcha in May 2004 informing him of letters submitted to Immigration Judge Michael Straus and other parties.

Despite their varied content, all of the letters make the same request: Please release Mr. Sitcha from detention and re-grant his asylum. He is a law-abiding individual who presents no threat to Americans.

Thank you for your time and consideration regarding this matter.

This letter is signed under the Penalties of Perjury.

Sincerely,<br><br>Andrew P. Cohen

# Section One: Cameroon

# Survivors' Rights International

Box 5925, Annapolis, MD 21403; www.survivorsrightsinternational.org

To: The Honorable Judge Michael Ponsor

Date: June 2, 2004

Re: Detention of Richard Sitcha

Dear Judge Michael Ponsor:

I am a human rights investigator and genocide investigator for Genocide Watch and Survivor's Rights International.[1]

I am writing on behalf of Cameroonian national Richard Sitcha, being held in the Franklin County jail in Greenfield, MA. I understand that Richard is a human rights advocate who was in a former judicial position in Cameroon. It seems that Mr. Sitcha was a human rights investigator (also later involved in bringing public attention to the case) for the families of some eight or nine disappeared persons in Cameroon, under the government of President Paul Biya; Richard fled Cameroon seeking political asylum here.

While I am not intimately familiar with his case, and I have never met him, I have read the Amnesty report about the case Richard worked on in Cameroon, and I believe he is a legitimate refugee in need of political asylum. I understand that Richard is a Hartford, CT resident who was reportedly detained under Homeland Security for no reason at all, it appears, and has never been charged with anything, and if he is sent back to Cameroon he will be in danger of politically motivated retaliation and potential loss of life.

In contradistinction, I am intimately familiar with the political situation in Cameroon. I have investigated the human rights climate in Cameroon, under the Paul Biya dictatorship, in person, and it is atrocious. I traveled to Cameroon in 1997, and collected testimony from human rights activists about killings and repression, and about special military camps where people were taken to be tortured. The Paul Biya dictatorship has retained absolute power for over two decades, and they have instituted a reign of terror where even experts from humanitarian organizations live in fear for their lives. A Francophone dictatorship, the human rights situation and political factors about Cameroon are rarely ever reported in the United States media.

However, Cameroon's human rights record is very well-documented by human rights organizations including Human Rights Watch, Amnesty International and Africa Rights. At the same time the US

---

[1] You can find my most recent reports about crimes against humanity and sexual atrocities in the Democratic Republic of Congo (press release dated June 2, 2004) and Ethiopia (report released February 26, 2004) at the web sites for these organizations, which I have listed below.

# Survivors' Rights International

Box 5925, Annapolis, MD 21403; www.survivorsrightsinternational.org

government country reports on human rights have clearly and annually outlined Cameroon's consistent violations of international human rights statutes, violations that have proceeded, and continue to proceed, with complete impunity. I would be happy to provide specific details and cases, and extensive reports, if you need documentation of the human rights climate in Cameroon.

It is therefore understandable that people in Cameroon who know Richard Sitcha might very well lie to protect themselves, or deny that they know Richard Sitcha, or fabricate stories about Richard Sitcha which are not true. Again, this is a common practice in places where someone achieves high visibility, for some reason or other, and where the agents of the repressive government subsequently take punitive action against human rights activists, political dissidents or asylum seekers, their acquaintances, and their families.

Please make an effort to examine this case fairly and comprehensively. I believe that you will find that Richard Sitcha is being unjustly detained and unduly threatened with deportation, and that there is no basis in law for putting Mr. Sitcha in these circumstances. I am told that he is an upstanding member of his Hartford community and that he has been helpful to many students at Wesleyan University.

I believe that Mr. Sitcha deserves a fair and impartial hearing in the interests of the truth and justice this country is known for. Lastly, I would like express in the strongest of terms my hope that you will not allow Richard Sitcha to be delivered into the hands of the repressive government from which he fled, where he worked in good faith, I believe, and under threat of personal injury, to help innocent victims of politically motivated violence (in Cameroon) and to insure that international legal standards, and the rule of law, would be respected.

Please let me know if I can be of any assistance. I would be happy to appear in your court to support the statements made herein, and deliver a comprehensive testimony about the human rights situation in Cameroon, with supporting documentation.

Thank you for your kind and equitable consideration of this matter.

Signed under the penalties of perjury,

Keith Harmon Snow         *Keith Harmon Snow*         June 8, 2004
Genocide investigator & human rights researcher
Survivor's Rights International (www.survivorsrightsinternational.org)
& Genocide Watch (www.genocidewatch.org)

Home address:
436 Long Plain Road
Leverett, MA 01054
1-5549528

# Section Two: Catholic Community

# STE ANNE-IMMACULATE CONCEPTION CHURCH

*820 Park Street*
*Hartford, Connecticut 06106-2388*

June 16, 2004

Re: SITCHA, Richard A95-461-653

Judge Michael A. Ponsor
U. S. District Court, District of Massachusetts
Federal Building and Courthouse
1550 Main St.
Springfield, Ma. 01103

Your Honor,

We, the members of the Catholic Christian Community of Ste Anne-Immaculate Conception Church, are writing to you concerning one of our parishioners who has been held since September 18, 2003. We had previously sent a petition to the Honorable Judge Michael W. Strauss. In which we asked him to either free Richard or to at least lower his $40,000.00 bond. However he never answered us. Since it never came back, we can only assume he received it and chose to do nothing about it.

We are enclosing a copy of that petition. So that you may be aware of our concerns and regard we have for Richard.

Sitcha, Richard has been for many of the parishioners, a son, a friend, a brother. In short a member of the church family. As a result, every Sunday at the time of the French Mass, everyone hopes to see him, either doing a Reading, directing the singing or acting as leader. Still not seeing him, everyone is worried on his behalf. In addition at all our Sunday Masses, we pray that he will soon be released and not deported. Besides attending Mass, he has taken part in other Catholic activities.

He is married and the father of two children; his fear of returning to his country at the risk of being killed remains intact.

Richard has told us that he has not come here to have a judiciary confrontation with the American authorities, nor with an American citizen, or for that matter with anyone.

We can assure you of the sincerity and honesty of Sitcha, Richard, who has been with us for three years.

We beg of you, Your Honor, to reconsider his asylum and to return him to us. If that should be truly impossible-which we would hope is not the case- being that he presents no danger to the Community, we beg you to give him enough time so that he can say goodbye to us and seek asylum in another country of his choice.

*Telephone (860)728-7445 / (860)525-1522  •  Fax (860)728-1973*

# IMMACULATE CONCEPTION CHURCH

820 Park Street
Hartford, Connecticut 06106-2388



We believe that by choosing one or the other of the above mentioned choices that you will have the honor of saving the life of a human being.

Sincerely yours on behalf of the Parish,

Rev. James T. Lowery, m.s.
Father James Lowery, Pastor

Telephone (860)728-7445 / (860)525-1522 • Fax (860)728-1973

January, 24, 2004
820 Park St. Hartford, Ct. 06106

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVEIW
IMMIGRATION COURT
450 MAIN ST. ROOM 509
HARTFORD, CT 06103-3015

In the Matter of:
SITCHA RICHARD

Case No.: A 95-461-653
Docket: HARTFORD, CONNECTICUT

To the JUDGE OF IMMIGRATION:

We the Parishioners of Ste Anne-Immaculate Conception Church, Inc. in Hartford Connecticut, friends, and acquaintances of Richard Sitcha would like you to consider either lowering his bond of $40,000.00 or better yet releasing him until his appeal is heard.

In the three years since we have known him, he has been an active member of our parish, assisting as leader, lector and cantor at our 8:30 A.M. French Mass and helping in other parish activities.

In addition, he has also been willing to share his knowledge of the African Culture. This was best demonstrated by his helping a student from Wesleyan with his thesis on Africa. Furthermore, he did a presentation on April 22, 2003 at Wesleyan University and was suppose to be doing another presentation in January of this year.

Unfortunately, because he is imprisoned, his Parish, friends, acquaintances, students, are being deprived of his presence.

We find it incomprehensible that a human being, who is seeking political asylum can be put into prison, when he has done nothing wrong.

Although we are unable to come up with the amount of the bond, we want to show our moral support. Richard is a hard worker, conscientious, eager to help whether it be by service, financial donations (even though he has limited means). We unequivocally believe that Richard presents no risk to Society, only good things happen when he is around.

He had to flee his country, because he revealed the truth about 9 innocent people (The Bepanda 9) who were executed by members of the Cameroon Task Force. He loves his country and only fled because his life was endangered. If a new government came into power, he would return home.

He came here seeking Asylum. Instead he has been put into prison with regular criminals. He had committed no crime in his own country, unless you consider whistleblowing a crime. He arrived here legally and has not committed any crime here either. Neither Richard nor we, his fellow parishioners and friends of his can understand how he can be imprisoned while awaiting his appeal. Even President Bush has requested that Immigrants who have come here even illegally and have done nothing wrong be free. While Richard who arrived legally and has done nothing wrong is being held. In addition to which his Bond is set higher than those given for some major crimes. It is only since the end of November that anyone was finally allowed to visit him a period of two months isolated from friends and those of us who consider him to be family. (since his real family is still in the Cameroon.

Since then, the hope that he would soon be released and his strong faith helped him survive this experience of loneliness, of confusion, and of bewilderment of a system

page 2

that he does not completely understand.

If the Pilot program were being practiced as described in the Hartford Courant Newspaper back in September, namely that the Immigrants were to be held in a special facility separate from criminals, his imprisonment while still not just, or understandable could be better tolerated. However now that more than four months have passed, with no freedom in sight, and subjected to threats by criminals who are imprisoned at the same facility, his courage has failed.

Therefore we, the Parishioners of Ste Anne-Immaculate Conception Church, his friends and acquaintances beg you to consider our request so that a greater tragedy will not result.

We also ask you to consider these factors:
A) that Richard Sitcha has been incarcerated and isolated from family and friends.
B) that three of the Witnesses who had submitted notarized letters concerning Richard's case were fearful to corroborate their letters when questioned by phone, by someone claiming to be working for the U.S. Embassy. (He may in fact have been but since all communication was by phone, they had no way of proving it );
C) His bond is disproportionately high, especially considering that even persons convicted of serious crimes have been granted lower bonds;
D) Because of his incarceration he has been unable to contribute to his own defense in the preparation of his appeal, especially because he has been unable to contact people in the Cameroon who can substantiate the truth of his testimony.

Therefore we respectfully request that he be released on his own recognizance; if you do not consider this feasible, please consider lowering his bond so that we would be able to raise the necessary amount.

Thank you for your consideration. We hope that Richard will soon be in our midst again.

Requested by the following Parishioners of Saint Anne-Immaculate Conception and other friends and acquaintances of Richard Sitcha.

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| RENA D. DUTELLE | 1000 Misty Meadow Ln, So Windsor CT | Lorena W. Dutelle |
| OSE VEILLEUX | 230 Putnam St Hartford | Rose Veilleux |
| ena G. Cyr | 19 Columbia St. Hartford Ct. | Lena G. Cyr |
| RITA LAROCHELLE | 25 Jupp St E-Hartford App 13 | Rita Larochelle |
| GHISLAIN LAROCHELLE | 25 Jupp St E.Hartford | Ghislain Larochelle |
| RINO RINGUETTE | 22 Mitchell St, East Htfd Ct | Rino Ringuette |
| PAUL F. KENEFICK | 494 N. Beacon Ave, Hartford CT | Paul F. Kenefick |
| PGET DE MOURA CASTRO | 33 E Woodhaven Dr Avon CT | Angel de Moura C. |
| EAN AGBA | 276 Collins St #102 | |
| vidi TEHERE | " " " | |
| emi MABLE | " " " | |
| eyram MABLE | " " " | |

Additional Signatures Regarding request for Richard Sicola's Release
CAse No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Albert J. Marceau | 27 Basswood St, Newington CT 06111 | Albert J. Marceau |
| LUCILLE McALLISTER | 118 Leves... Ave W. Htfd Ct 06110 | Lucille McAllister |
| DONALD McALLISTER | 118 Leves... Ave W. Htfd Ct 06110 | Donald McAllister |
| ROLAND L. FAUCHER | 117 ... Ave W. Htfd Ct | Roland Faucher |
| Kongolo Tshikala | 43 Franklin Av. Hartford, CT | Kongolo |
| Dorothy Poirier | 54 Ledger St Hartford, CT | Dorothy Poirier |
| Roger Vallerand | 134 Elmhurst St W. Htfd, CT | Roger Vallerand |
| Ernestine Vallerand | 134 Elmhurst St W. Htfd, CT | Ernestine Vallerand |
| Pat Labrie | PO Box 260321 Hartford, CT 06126 | Patrick Labrie |
| Rev. James Lowery, M.S. | 820 Tyler St. - Haverford OH 06110 | R. James Lowery |
| Alourdes Bredy | 170 Sisson Ave Bldg 2 - 102 Hartford, CT | Alourdes Bredy |
| Malvina Levesque | 1146 Main St. Manchester CT | Malvina Levesque |
| Lionel Levesque | 1146 Main St Manchester CT | Lionel Levesque |
| HELENA N. DUTELLE | 92 AVONDALE RD MANCHESTER CT | Helena N. Dutelle |
| Sophia Powell | 92 Avondale Rd Manchester CT 06040 | S. Powell |
| MARY ELLEN LEROUX | CRESTFIELD REHABILITATION 565 VERNON St MANCHESTER CT | Mary Ellen LeRoux |
| PETER MIHALY | 772 ATKINS ST. MIDDLETOWN, CT | Peter Mihaly |
| ROSE CANGE | 39 HEATHER New Britain CT 06053 | Rose Cange |
| Cindy Moeckel | 41 Meadow Farms Ct West Htfd | Cindy Moeckel |
| N. Boyer | 3 Salisbury St Htfd CT | Nicolas Boyer |
| Avilus Jean-Louis | 230 Blue Hills Ave Hartford CT | (signature) |
| Rose Antoine | 26 Chadwick Ave Hartford CT | Rose Antoine |

Additional Signatures Regarding request for Richard Sitcha's Release
CAse No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Jean Claude Severe | P.O. box 320511 Htfd CT 06132 | |
| CLERCY DELILLE | 29 Ashley St Hartford CT 06105 | |
| MARIE F TARTE | 73 James St Hart. CT 06106 | |
| William Bourtoly | P.O. box 282039 E Htfd CT 06128 | |
| Marie F. Boyer | 3 Salisbury St. Htfd, CT 06112 | Marie F Boyer |
| Nancy Duphrezin | 565 Broadview Terr Hartford CT 06106 | Nancy Duphrezin |
| Rosy Legros | 565 Broadview Torr Hartford CT 06106 | Rosy Legros |
| Evelo Duphrezin | 565 Broadview Torr Hartford | |
| Nancy Antoine | 96 Chadwick Ave Hartford CT | Nancy |
| Mark F. DuMouchel | 12 John St Htfd | |
| Aline Marak | 112 Catherine St Htfd | Aline Marak |
| Adrienne Bernier | 411 Summit St Htfd | Adrienne Bernier |
| Aurele Marak | 112 Catherine Htfd | Aurele Marak |
| Louise Poland | 439 Summit Htfd | |
| Marie P. Laliberte | 439 Summit Htfd | Marie P. Laliberte |
| Jeanette Celani | 41 Squire St. Htfd | Janette Celani |
| Noella M Daigle | 68 Flom Dr Colchester CT 06415 | Noella M Daigle |
| Diomecia Feliciano | 160 Flatbush Ave Hartford CT | Diomecia Feliciano |
| Karl Groen | 1000 Misty Meadow Ln South Windsor | Karl Emmanuel Groen |
| Maryjane Petro Rado | 31 Woodland St Hartford CT 06105 | Maryjane Petro Rado |
| Agatha Denault | 19 Newgate St West Hartford | Agatha Denault |
| Sandra Toledano | P.O. Box 20122 Hartford CT | Sandra Toledano |
| M. Ouellette | 42 Willow St West Htfd | M. Ouellette |

Additional Signatures Regarding request for Richard Sitcha's Release
cAse No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| MARY SCANLON | 124 Putnam St | Mary Scanlon |
| Dolores Torres | 46 Lenox | Dolores Torres |
| Madeleine J Ouellette | 92 Willow St Wethersfield Ct | Madeleine J Ouellette |
| MARY YANNELLI | 47 Squire St | Mary Yannelli |
| Ana C. Rivera | 1136 Broad St | Ana C. Rivera |
| Francesco Torres | 46 Lenox St | Francesco Torres |
| Sister Jean Carroll | 102 Putnam St | Sister Jean Carroll |
| Sister Nancy McNamara | 102 Putnam St | Sister Nancy McNamara |
| Evelyn Reyes | 106 Monroe Ct Meriden | Evelyn Reyes |
| Victor Reyes | 106 Monroe Ct Meriden | Victor Reyes |
| Heather Guye | 242 E. Middle Tpke, Manchester, CT 06040 | |
| Janet Sevigny | 45 Forster St Hfd, CT | Janet Sevigny |
| Gene Sevigny | 45 Forster St Htfd CT | Gene Sevigny |
| FRANCIS OUELLETTE | 104 PUTNAM St HTFD, CT | Francis Ouellette |
| Julio Maturana | 9 Ginger Dr Westhampton, CT | J Maturana |
| Miguel Nunez | 43 Arnold Pl | Miguel Nunez |
| Yolanda Lederic | 512 Broad St | Yolanda Lederic |
| Antonia Rodriguez | 518 Broad St | Antonia Rodriguez |
| Martin Vega | 90 Lincoln St | Martin Vega |
| Jean Smith | 857 Lafayette St | |
| Rosa L. Lopez | 26 Lindey #3 | Rosa R. Lopez |
| Maria Garcia | 15 Clermont St | Maria Garcia |
| Nereida Vasquez | 15 Clermont St | Nereida Vasquez |
| Maria Roman | 70 Kane St W Htfd | Maria Roman |
| Santiago Veguilla | 70 Kane St W Htfd | Santiago Veguilla |

1000 Misty Meadow Lane
So. Windsor, Ct. 06074
June 16, 2004

Judge Michael A. Ponsor
U.S. District Court, District of Massachusetts
1550 Main St.
Springfield, Ma., 01103

Re: SITCHA, Richard A95-46-653

Your Honor:

It doesn't seem possible that almost nine months have passed since my friend, whom I regard as my son, has been incarcerated, first in Connecticut and now in Massachusetts. This, in spite of the fact that he has committed no crime and is no danger to society.

The irony of the situation is that this man, SITCHA, Richard chose to seek asylum in the United States, believing it to be the land of the free and the respecter of Human Rights. He now finds himself in prison awaiting deportation to his country, which would result in his death.

My sincerest wish is that you will not let this happen.

Someone once said that there is no such thing as a coincidence, only a little miracle. I think they may be right. For example, the fact that Richard, who is Catholic and from the French Speaking part of the Cameroon, should end up in Hartford, Ct. and find our church, which is the only one that has a French Mass, is remarkable. Remarkable, too, is the fact that I am not only a parishioner there, but a retired French teacher. Had it been otherwise, we might never have met, and I would not be writing this letter.

Richard discovered our church towards the end of 2001 or the start of 2002. He was delighted to find a church in which he could actively participate because there was no language barrier. We were delighted to have someone who was willing and eager to help in any way. It was during a casual conversation that he mentioned that he needed to write his biography in English as part of the application for Political Asylum. He was concerned because his English was limited. I suggested that he write it in French and that I would gladly translate it.

Little did I know that this would be the start of my own education into the operation of our judicial and even prison system, Had I known then what I know now, would I still have become involved? The answer is unequivocally Yes! Because during the almost three years that I have known SITCHA, Richard, I have been impressed by his spirit of humility, honesty, sincerity, sense of justice, hard work, and willingness to help others either with

advice or physically. In addition, he is very conscientious, a man of peace, with love and respect for his fellowman. Above all, though, I have been struck by his deep faith. In spite of all the things that have happened to him, both in his country and especially here, in his search for asylum, his faith has remained strong. His spirit has been severely tested. After his joy in being granted asylum and being allowed to work, that asylum was revoked. Not only that, he was immediately incarcerated with hardened criminals. The imposing of a $40,000 bond was far beyond his financial ability. While in the first prison, he was beaten by a cell mate. He is certain that in the end God will be victorious. He has often stated to me that while he may not understand why he is in prison, God does, and he is ready to carry out God's Mission.

Shortly after I met Richard, we were talking about his family. I learned that his mother and I were the same age. I blurted out "Oh, I can be your American mother." Since then he calls me "Maman" and I truly think of him as my son. If I didn't believe his story, which, by the way, has never changed, this would not be the case. I would not have been his interpreter in New Jersey or the translator of almost all documents. I would not have been present at all his hearings, and almost all meetings with his previous Attorney, nor be visiting him in prison. I would certainly not have been shocked by all the misfortunes that have happened and which appear, to me, to be miscarriages of justice.

I sincerely hope that you will restore my faith in our Justice system. I also hope that should you decide not to grant him asylum in the U.S.A., that you will allow him to seek asylum elsewhere, so that his family and friends will not be deprived of his presence or the world deprived of a champion for human rights. I am certain that, based on his experiences, once he has obtained asylum, he will be ready to help others obtain their freedom.

Not wanting to take any more of your time, I would like to say that I would be willing to testify in court, or simply answer any questions you may have regarding what took place at any of the hearings. My phone is 860 644-8652.

Sincerely yours,

*Lorena D. Dutelle*

Lorena D. Dutelle
"Signed under the penalties of perjury"

Tuesday, June 15, 2004
27 Basswood St.
Newington, CT 06111-3802

Judge Michael A. Ponsor
U.S. District Court, District of Massachusetts
Federal Building and Courthouse
1550 Main St.
Springfield, MA 01103

To the Honorable Judge Ponsor,

I have known Richard Sitcha for greater than two years, first meeting him in the Spring of 2002, at my home parish of Ste-Anne/Immaculate Conception Church in Hartford, Connecticut. I cannot remember the exact date I remember first seeing him at the 8:30AM French Mass, but it was in the Spring of 2002, and I do remember the then Administrator of the Parish, Fr. James Aherne M.S., (who is now at Immaculate Conception in Holyoke, Massachusetts) mention one time after his homily, that a French-speaking man from Africa who was a lawyer will be coming to the parish soon. If I remember correctly, it was several weeks between the announcement and Richard Sitcha's arrival to the parish. (It is possible that Richard was in fact at the church, but sitting in the back where I did not see him.)

Once Richard Sitcha came to the parish, he soon became a lector, and later a cantor, and even sometimes at Mass, he was both a lector and a cantor. The extent of my relationship with him was one of an acquaintance, often simply saying a "hello" or "bonjour" or a "how are you" after the Mass, while most people were leaving the church. I never got into a lengthy conversation with him, especially when other friends of his from Africa appeared, since all would talk amongst themselves in fluent French, a language that I have studied but not mastered.

I do remember that I almost got Richard to speak about his life in the Cameroon, a subject that he seemed to be very reluctant to speak about. One Sunday, he told me that he tried to help some young people who were killed, but he never finished the story, since he was busy going somewhere else. I tried to get him to talk about the matter at a later Sunday, but because of his reluctance, and the awkwardness of situation, I did not press him further about the story.

My knowledge of Richard Sitcha's life in the Cameroon and the reasons that he fled the country are primarily from Lorena Dutelle, who befriended Richard in 2001 or 2002. Lorena Dutelle is a fixture of the parish, being an extra-ordinary Eucharistic Minister, and a lay trustee of the parish, and sometime lector. Four months after Richard's arrest in the Federal Court in Hartford, I persuaded Lorena to tell me about Richard Sitcha's life in the Cameroon and the reasons he fled the country. The reason for my request was to write an article about Richard and his plight both in the Cameroon and his current situation in the U.S. This interview was held on Sunday, February 8, 2004, from roughly 8:00PM to 11:00PM, in the home of Lorena Dutelle. Afterwards, I then used the internet to research the topics of the Bepanda Nine and the Cameroon. Although Richard Sitcha's story is curious, the validity of it came to me when I compared the timeline of events of Richard's role with the Bepanda Nine, (via Lorena Dutelle), and several articles and reports about the Bepanda Nine that I found on the internet. The best source about the Bepanda Nine that I found on the internet was published by the State Department – *Cameroon: Country Reports on Human Rights Practices 2001* – that was released by the Bureau on Democracy, Human Rights and Labor, and published on March 4, 2002. (http://www.state.gov/g/drl/rls/hrrpt/2001/af/8285.htm.) From my interview with Lorena and the State Department's report, Richard's actions concerning the Bepanda Nine, made complete sense, and so, I began to write my article about Richard Sitcha, his flight from the Cameroon because of his role to help the families of the Bepanda Nine, and then his experience with Federal Court in

Hartford concerning the validity of his story, and the pilot program of Homeland Security. The article was published in the March/April 2004 issue of *Le Forum*, published by the Franco-American Center at the University of Maine at Orono. A shorter version of the article was published by the Hartford Independent Media Center in the March 2004 issue of its newspaper, *The Hartford Undercurrent*. (An electronic form of my article can be found on the website www.hartfordimc.org and on website of the Western Massachusetts Independent Media Center at http://wmass.indymedia.org/newswire/display_any/2758.)

The reason that I wrote the article was to draw attention to his situation, in both the Cameroon and his unjust imprisonment. It was my hope that a larger newspaper would have investigated the matter, and would have published its own story. The reason that he fled the Cameroon was because he feared for his life, due to the immense corruption of the government in the Cameroon. Although I could cite other articles that I found on the internet, the best source is the above cited report by the State Department, where one can read in the very first paragraph: "The Government remained highly centralized and is dominated by the presidency. The judiciary is subject to political influence and suffers from corruption and inefficiency." From the same report on page three, one can read that a human rights organization that operated within the Cameroon in 2000 "... was unable to determine the exact number of persons killed [in the 1998 massacre under Colonel Pom], since many of the victims' families were too frightened to speak with human rights groups." In short, Cameroonians are too afraid to talk to their own government, and it is naïve to think that Cameroonians who were called over the telephone by the U.S. Embassy and asked whether they knew Richard Sitcha would say "yes" since they must live in constant fear for their lives.

Since I have, in a sense, testified on behalf of Richard Sitcha in the public, with the two articles in the two cited newspapers, and a radio show entitled "New Focus" with host Mike DeRosa, broadcast on Friday, March 26, 2004 on WWUH, 91.3FM, (which can be heard on the internet, http://www.newfocusradio.org/audio.html), I am willing to testify in court on behalf of Richard Sitcha. Of course, I am willing to testify to what I have written in this letter, and in print, and said on the radio, and I am willing to produce copies of the newspapers and an audio compact disc of the radio show, if needed. (I have copies of these materials in my possession. If the court needs an audio copy of similar statements that I made on WWUH 91.3FM during a live broadcast of a news-show on Wednesday, April 28, 2004, I can get an audio copy made of the show.)

Throughout all that I have written and said publicly, I maintain and am willing to testify that Richard Sitcha is an honest man who attempted to help the families of murder victims in his native homeland and is unjustly imprisoned in the United States without charge against him.

Signed under Penalty of Perjury,

*[signature]*
Albert J. Marceau
(860)-666-0393
MarceauAJ@students.ccsu.edu

# Section Three:
# Wesleyan University

Andrew P. Cohen
12 Captain Forbush Lane
Acton, MA 01720
978-621-5516 (cell)
978-263-1896 (home)
acohen@wesleyan.edu

June 15, 2004

Judge Michael Ponsor
US District Court
Springfield, MA

Re: Sitcha, Richard
Case #: 04-30090-MAP

To the Honorable Judge Ponsor:

I write this letter on behalf of my friend, Sitcha, Richard, a political refugee from Cameroon who has been imprisoned without charge for nine months by the Homeland Security Department. I have read Richard's entire case file numerous times and am intimately acquainted with his case. I am also Richard's contact who helped him file the pro se Habeas Corpus Petition from prison.

Richard and I met in February 2002 in Middletown, Connecticut, where I was a junior attending Wesleyan University. I had just come back from a four-month study abroad program in Cameroon. After our initial encounter, I visited Richard periodically throughout the semester. We did not become close friends, however, until the subsequent school year.

During my senior year at Wesleyan, I researched and wrote a Senior Thesis Project called "From Cameroon to Connecticut: Ethnicity, Community, and Development." Part of my research included first-hand field work within two African communities: a group in Bertoua, Cameroon, and a community of Cameroonians and Togolese immigrants living in Hartford, CT. Richard was my principal contact to the African community in Hartford. I performed interviews and participant observation while attending community gatherings and parties, most of which were held at Richard's apartment. In the course of my research, Richard and I became close friends. I would bring my parents and sister to see Richard every time they came to visit me in Middletown. Richard and my parents even exchanged holiday pleasantries in December 2002. In January 2003, I attended the party where Richard announced that his asylum had been granted.

In part because of Richard's help with my Senior Thesis project, I earned High Honors in both the Government and French Departments at Wesleyan University. This accomplishment helped to secure my place in a PhD program in Political Science at University of Wisconsin-Madison, where I will begin studying in September 2004.

Richard is the most generous and honest person that I know. He is a good friend to me and my family. I know that Richard's asylum claim is truthful and imperative. If the Cameroonian government's security forces get a hold of Richard, he will likely be tortured, as before, or even killed.

Furthermore, during my research among the African population in Hartford, I asked each of my respondents if they planned to eventually return home to settle down in Africa. Richard was literally the ONLY person to claim that he would never be able to return to his country as long as the current

government remained in power. Before I ever knew anything about his situation, Richard told me that he had political problems in Cameroon and was seeking asylum in the US.

In late April 16, 2003, Wesleyan University's French Department invited Richard to deliver a lecture about the reasons he left Cameroon and his life as a Francophone immigrant in the United States. The lecture was well received by students and professors, and the French Department planned to invite Richard back in future semesters.

I learned of Richard's imprisonment on April 13, 2004. Needless to say, I was shocked. I was immediately galvanized to advocate for Richard's freedom and vindication by raising awareness about his situation and searching for a lawyer to represent him. Since learning about Richard's predicament, I have visited him at least once a week in the Franklin County House of Correction, which is a two hour drive from my home in Brookline, MA.

Richard is a kind, charismatic, and giving person who, in just three years in the United States, has integrated himself into a diverse community of American friends who love and support him. From his Church community at Ste. Anne-Immaculate Conception, to professors and students at Wesleyan University, Richard has left a positive influence on everyone with whom he has interacted. Imprisoning Richard because he may be a threat to the American community is not just erroneous; it is utterly immoral and ridiculous.

I am very willing to testify in court on Richard's behalf, although I will be in Northern Minnesota from June 19 until July 19, 2004.

This letter is signed under the penalties of perjury.

Sincerely,

Andrew P. Cohen

Honorable Judge Ponsor
US District Court,
Springfield MA

3 June 2004

Dear Judge Ponsor

    I am writing this letter in support of Richard Sitcha (A95-461-653), currently incarcerated and facing deportation to his native Cameroon.

    I am a government professor at Wesleyan University and chair of the College of Social Studies. I met Mr Sitcha when he gave a lecture on African politics at Wesleyan. He strikes me as a man of great integrity and I have no reason to doubt his account of what happened to him in Cameroon. I am afraid that a serious injustice would be done if he were to be returned to Cameroon.

    On several occasions I have been a consultant for the Canadian immigration service on asylum cases from the countries that I study (Russia and Ukraine). In comparison with the cases that I am familiar with, the Sitcha case for asylum looks very strong. In Cameroon elections are rigged, the press is muzzled, and courts and police are corrupt and inclined to torture and kill their political opponents. Extra-judicial killings are a serious problem in Cameroon and if Mr Sitcha was involved with trying to help the families in such case, as I believe he was, the consequences for him were he to return to Cameroon would be severe. This picture is confirmed by reports of such respected bodies as Freedom House.

    Last year my student Andrew Cohen wrote a senior thesis on Cameroon. He befriended Richard Sitcha, who was working in a Middletown store, and Mr Sitcha spent a lot of time with him explaining Cameroonian society and introducing him to other Cameroonians living in Hartford. Andrew wrote an excellent honors thesis, which helped him secure a place in the Ph.D program at University of Wisconsin, Madison. Sitcha's assistance to Mr. Cohen is not the action of a liar.

    I am writing this from Japan, where I am spending the year as a visiting Fulbright Professor. I am willing to testify on Mr Sitcha's behalf, either by telephone or in person after I return to the US in August.

Yours sincerely

*Peter Rutland*

Peter Rutland
Professor, Institute for American Studies,
Sophia University,
Kioi-cho, Chiyoda-ku
Tokyo, Japan 1020094

tel   81 03 3261 8784
prutland@wesleyan.edu