Anna Winskill
462 Haines Rd
Mt. Kisco, NY 10549

June 3, 2004

To The Honorable Judge Posnor,

I met Richard Sitcha over a year ago now during my junior year at Wesleyan University in Middletown, CT. Richard invited myself and Andrew Cohen to his apartment for some great West African food and dancing in the company of many of his good friends. Richard bent over backwards to make us feel comfortable and it was a great pleasure to discuss politics and my own experience living in West Africa for four months.

I believe Richard's innocence despite accusations that he has committed asylum fraud. I believe this not only because my friendship with him has proven him to be of great character, but also because of the undisputed fact that human rights abuse is practiced in Cameroon. People in Cameroon who vouched for Richard's noble behavior in the Bapenda-9 incident may be likely to now fear for their own safety.

Two leading Human Rights Organizations: Amnesty International and Freedom House, both indicate in recent reports that human rights abuses are on the rise in Cameroon. Freedom House described the Paul Biya regime as one of the most repressive in the world. Opposition parties and other dissidents are brutally repressed, as Richard can explain to you himself through his own prison stories. The UN Committee against Torture expresses grave concern about systematic torture by police after the arrest of suspects. For more information please refer to Amnesty International's 2004 report: http://web.amnesty.org/report2004/cmr-summary-eng

By supporting an emigrant who has opposed the Cameroonian government, Richard's contacts in Cameroon put themselves at great risk which might explain muted support for Richard. Richard is no criminal~ not in Cameroon, nor in the States. Thank you for your time.

Signed under the penalties of perjury,

*Anna L. Winskill*

Anna Winskill


p.s. I am more than willing to testify in court on behalf of Richard Sitcha.

# WESLEYAN
UNIVERSITY

Romance Languages and Literatures
300 High Street
Middletown, Connecticut 06459-0083
(860) 685-2830  FAX: (860) 685-2831



May 3, 2004

Sitcha Richard
Franklin County House of Correction
160 Elm St.
Greenfield, MA 01301-2211

Dear Richard,

This is a copy of the letters sent to the directors of the Homeland Security Departments, Edward A. Flynn (MA) and Major John Buturla (CT), Judge Michael Straus, attorneys Leigh Mapplebeck and James Robinson, and CT district attorney for Hartford, Kevin O'Connor. Bonne chance!

The French Studies section of the Romance Languages and Literatures Department at Wesleyan University writes this letter in support of Richard Sitcha (A95-461-653).

Since the spring 2002, Mr. Sitcha has been a member of the greater Wesleyan community. His first contact with our department was through Andrew Cohen, a French Studies major who graduated in May 2003. Richard facilitated Andrew's contact with a Francophone African community living in Hartford, Connecticut. Andrew's field research within this community, during the 2002-2003 academic year, served as the basis for a chapter of his Senior Honors Thesis, "From Cameroon to Connecticut: Ethnicity, Community, and Development."

As a political refugee from Francophone Cameroon who had been granted asylum by the United States, Mr. Sitcha offered a unique view of Cameroonian culture and politics. On April 16, 2003, the French Section of our department invited Mr. Sitcha to give a guest lecture chronicling the events and circumstances, which led him to come to the United States seeking asylum. The event was well attended, and subsequently, many other students in the French Studies major have sought out Mr. Sitcha as a resource on Francophone African culture and politics.

Unfortunately, due to Mr. Sitcha's incarceration, he has been unavailable to come back to give another lecture during the 2003-2004 academic year. We sincerely hope that he will be able to join us again in the near future.

Richard Sitcha has been a wonderful community member and a key resource for the students in our department. We have followed the details of his case, and support Mr. Sitcha in his pursuit of freedom and justice.

Sincerely,

Jeffrey Rider, Department Chair

Catherine Ostrow, Adjunct Lecturer

Catherine Poisson, Associate Professor

January, 24, 2004
820 Park St. Hartford, Ct. 06106

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVEIW
IMMIGRATION COURT
450 MAIN ST. ROOM 509
HARTFORD, CT 06103-3015

In the Matter of:
SITCHA RICHARD

Case No.: A 95-461-653
Docket: HARTFORD, CONNECTICUT

TO the JUDGE OF IMMIGRATION:

We the Parishioners of Ste Anne-Immaculate Conception Church, Inc. in Hartford Connecticut, Friends, and acquaintances of Richard Sitcha would like you to consider either lowering his bond of $40,000.00 or better yet releasing him until his appeal is heard.

In the three years since we have known him, he has been an active member of our parish, assisting as leader, lector and cantor at our 8:30 A.M. French Mass and helping in other parish activities.

In addition, he has also been willing to share his knowledge of the African Culture. This was best demonstrated by his helping a student from Wesleyan with his thesis on Africa. Furthermore, he did a presentation on April 22, 2003 at Wesleyan University and was suppose to be doing another presentation in January of this year.

Unfortunately, because he is imprisoned, his Parish, friends, acquaintances, students are being deprived of his presence.

We find it incomprehensible that a human being, who is seeking political asylum can be put into prison, when he has done nothing wrong.

Although we are unable to come up with the amount of the bond, we want to show our moral support. Richard is a hard worker, conscientious, eager to help whether it be by service, or financial donations (even though he has limited means). We unequivocally believe that Richard presents no risk to Society, only good things happen when he is around.

He had to flee his country, because the revealed the truth about 9 innocent people (The Bepanda 9) who were executed by members of the Cameroon Task Force. He loves his country and only fled because his life was endangered. If a new government came into power, he would return home.

He came here seeking Asylum. Instead he has been put into prison with regular criminals. He had committed no crime in his own country, unless you consider whistleblowing a crime. He arrived here legally and has not committed any crime here either. Neither Richard nor we, his fellow parishioners and friends of his can understand how he can be imprisoned while awaiting his appeal. Even President Bush has requested that Immigrants who have come here even illegally and have done nothing wrong be free. While Richard who arrived legally and has done nothing wrong is being held. In addition to which his Bond is set higher than those given for some major crimes. It is only since the end of November that anyone was finally allowed to visit him a period of two months isolated from friends and those of us who consider him to be family. (since his real family is still in the Cameroon.

Back then, the hope that he would soon be released and his strong faith helped him survive this experience of loneliness, of confusion, and of bewilderment of a system



page 2

that he does not completely understand.

If the Pilot program were being practiced as described in the Hartford Courant Newspaper back in September, namely that the Immigrants were to be held in a special facility separate from criminals, his imprisonment while still not just, or understandable could be better tolerated. However now that more than four months have passed, with no freedom in sight, and subjected to threats by criminals who are imprisoned at the same facility, his courage has failed.

Therefore we, the Parishioners of Ste Anne-Immaculate Conception Church, his friends and acquaintances beg you to consider our request so that a greater tragedy will not result.

We also ask you to consider these factors:
A) that Richard Sitcha has been incarcerated and isolated from family and friends.
B) that three of the Witnesses who had submitted notarized letters concerning Richard's case were fearful to corroborate their letters when questioned by phone, by someone claiming to be working for the U.S. Embassy. (He may in fact have been but since all communication was by phone, they had no way of proving it );
C) His bond is disproportionately high, especially considering that even persons convicted of serious crimes have been granted lower bonds;
D) Because of his incarceration he has been unable to contribute to his own defense in the preparation of his appeal, especially because he has been unable to contact people in the Cameroon who can substantiate the truth of his testimony.

Therefore we respectfully request that he be released on his own recognizance; if you do not consider this feasible, please consider lowering his bond  so that we would be able to raise the necessary amount.

Thank you for your consideration. We hope that Richard will soon be in our midst again.

Requested by the following Parishioners of Saint Anne-Immaculate Conception and other friends and acquaintances of Richard Sitcha.

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| LORENA D. DUTELLE | 1000 Misty Meadow Ln, So Windsor CT | Lorena D. Dutelle |
| ROSE VEILLEUX | 230 Putnam St Hartford | Rose Veilleux |
| Lena G. Cyr | 19 Columbia St. Hartford Ct. | Lena G. Cyr |
| RITA LAROCHELLE | 25 John St E-Hartford | Rita Larochelle |
| GHISLAIN LAROCHELLE | 25 John St E-Hartford | Ghislain Larochelle |
| RINO RINGUETTE | 22 Mitchell St, East Htfd Ct | Rino Ringuette |
| REV. PAUL F. KENEFICK | 494 N. Britain Ave Hartford CT | Paul F. Kenefick |
| BRIDGET DE MOURA CASTRO | 33 E Woodhaven Dr Avon CT | Bridget de Moura Castro |
| JEAN AGBA | 276 Collins St # 102 | [signature] |
| Abidé TCHORE | " " | [signature] |
| Kemi MABLE | " " | [signature] |
| Seyram MABLE | " " | [signature] |

Additional Signatures Regarding request for Richard Sitcha's Release
CAse No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Albert J. Marceau | 27 Brentwood St, Newington, CT 06111 | Albert J. Marceau |
| Lucille McAllister | 118 Levesque Ave, W. Htfd, CT 06110 | Lucille McAllister |
| Donald McAllister | 118 Levesque Ave, W. Htfd, CT 06110 | Donald McAllister |
| Roland L. Faucher | 117 Boulanger Ave, W. Htfd, 06110 | Roland Faucher |
| Kongolo Tshikala | 43 Franklin Av, Hartford, CT | Kongolo |
| Dorothy Poirier | 54 Ledger St, Hartford, CT | Dorothy Poirier |
| Roger Vallerand | 134 Elmhurst St, W. Htfd, CT | Roger Vallerand |
| Ernestine Vallerand | 134 Elmhurst St, W. Htfd, CT | Ernestine Vallerand |
| Pat Labrie | P.O. Box 260321 Hartford, CT 06126 | Pat Labrie |
| Rev. James Lowery, M.S. | 830 Park St., Hartford, CT 06106 | Rev. James T. Lowery |
| Alourdes Bredy | 120 Sisson Ave, Bldg 7 - 102, Hartford, CT | Alourdes Bredy |
| Malvina Levesque | 1146 Main St, Manchester, CT | Malvina Levesque |
| Lionel Levesque | 1146 Main St, Manchester, CT | Lionel Levesque |
| Helena N. Dutelle | 92 Avondale Rd, Manchester, CT | Helena N. Dutelle |
| Sophia Powell | 92 Avondale Rd, Manchester, CT 06040 | S. Powell |
| Mary Ellen LeRoux | Crestfield Rehabilitation, 565 Vernon St, Manchester, CT | Mary Ellen LeRoux |
| Peter Mihaly | 772 Atkins St, Middletown, CT | Peter Mihaly |
| Rose Cange | 39 Heather, New Britain, CT 06053 | Rose M. Cange |
| Cindy Moeckel | 41 Meadow Farms, West Hartford, CT | Cindy Moeckel |
| N. Bayes | 3 Salisbury St (1-D) CT | Nicolas Bayes |
| [illegible] Jean-Louis | 230 Blue Hills Ave, Hartford CT | [signature] |
| Mimose Antoine | 26 Chadwick Ave, Hartford, CT | Mimose Antoine |

Additional Signatures Regarding request for Richard Sitcha's Release
CAse No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Jean Claude severe | P.O. box 320511 Hartford CT 06132 | |
| CLERCY DELILLE | 29 Ashley St Hartford CT 06112 | |
| MARIE F TARTE | 73 James St Hart. CT 06106 | |
| William Bourjolly | PO box 280039 E Hartford CT 06128 | Wmjolly |
| MARIE F. BOYER | 3 SALISBURY ST. HTFD, CT 06112 | Marie F Boyer |
| NANCY DUPHREZIN | 565 BROADVIEW TERR Hartford CT 06 | Nancy Duphrezin |
| Rosy LEGROS | 565 Broad View Terr Hartford CT 06106 | Rosy Legros |
| Herold DUPHREZIN | 565 Broadview Terr Hartford | Herold |
| Nancy Antoine | 26 Chadwick Ave Hartford CT | Nancy Ant. |
| MARK F. DuMouchel | 12 Julius St Htfd | M F DuM |
| ALINE MARAS | 112 Catherine St Htfd | Aline Maras |
| Adrienne BERNIER | 441 Summit St Htfd | Adrienne Bernier |
| Aurele Maras | 112 Catherine Htfd | Aurele Maras |
| Claire Roland | 439 Summit Htfd | Claire D.H. |
| Marie P. Laliberte | 439 Summit Htfd | Marie P. Laliberte |
| Jeanette Celani | 41 Squire St. Htfd | Jeanette Celani |
| Noella M Daigle | 687 Tom DR Colchester CT 06415 | Noella M Daigle |
| Deoncieu Felicien | 160 Flatbush ave Hartford CT | Deoncieu Felicien |
| Karl Leger | 1000 Misty Meadow Ln South Windsor CT | Karl Emmanuel Leger |
| Maryjane Petro Rado | 31 Woodland St Hartford CT 06105 | Maryjane Petro Rado |
| AGATHA DENAULT | 19 Newgate St WEST HARTFORD | Agatha Denault |
| Sandra Toledano | P.O. Box 260122 Hartford CT | Sandra Toledano |
| John Ouellette | 52 Willows St West | John Ouellette |

Additional Signatures Regarding request for Richard Sitcha's Release
CAse No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| MARY SCANLON | 124 Putnam St | M. Scanlon |
| Dolores Torres | 46 Lenox | Dolores Torres |
| Madeleine Ouellette | 72 Willow St Wethersfield Ct | Madeleine Ouellette |
| MARY YANNELLI | 47 Squire St | Mary Yannelli |
| Ana C. Rivera | 1136 Broad St | Ana C. Rivera |
| Francisco Torres | 46 Lenox St | Francisco Torres |
| SISTER JEAN CARROLL | 102 Putnam St | Sister Jean Carroll |
| Sister Nancy McNamara | 102 Putnam St | Sister Nancy McNamara |
| Evelyn Reyes | 106 Monroe Ct Meriden | Evelyn Reyes |
| Victor Reyes | 106 Monroe Ct Meriden | Victor Reyes |
| Heather Guye | 248 E. Middle Tpke, Manchester, CT 06040 | |
| Janet Sevigny | 45 Forster St Htfd, CT | Janet Sevigny |
| Rene Sevigny | 45 Forster St Htfd CT | Rene Sevigny |
| FRANCIS OUELLETTE | 104 PUTNAM St. HTFD. CT | Francis Ouellette |
| Julio Maturana | 9 Ginger Dr Westhampton, CT | J. Maturana |
| Miguel Nunez | 43 Arnold | Miguel Nunez |
| Yolanda Lectere | 512 Broad St | Yolanda Lectere |
| Antonia Rodriguez | 518 Broad St | Antonia Rodriguez |
| Martin Vega | 90 Lincoln St | Martin Vega |
| Jean Smith | 452 Ledger St | |
| Rosa L. Lopez | 36 Imlay #3 | Rosa R. Lopez |
| Maria Garcia | 15 Clermont St | Maria Garcia |
| Nereida Vasquez | 15 Clermont St | Nereida Vasquez |
| Maria Roman | 70 Hanes St. W. Htfd | Maria Roman |
| Santiago Veguilla | 70 Hanes St. W. Htfd | Santiago Veguilla |