```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

RICHARD SITCHA,                    )
Petitioner                         )
                                   )
          v.                       ) CIVIL ACTION NO. 04-30090-MAP
                                   )
FREDERICK MACDONALD, ET AL,        )
Respondents,                       )

## SCHEDULING ORDER

### August 16, 2004

PONSOR, D.J.

Counsel for both parties appeared before this court for a scheduling conference on July 21, 2004. Based on counsel's representations, the court orders as follows:

   1. Counsel for the petitioner will convey a letter to counsel for the respondents no later than July 30, 2004 requesting necessary documents.

   2. Counsel for the respondents will answer petitioner's letter no later than August 13, 2004, providing whatever documents counsel is willing and able to produce.

   3. Counsel for the petitioner will file an opposition to the respondents' Motion to Dismiss no later than September 3, 2004. The opposition may request denial of the motion substantively, or may request additional time to obtain specified additional documents.

   4. Counsel for the respondents may reply to the opposition no later than September 14, 2004.

   5. Counsel will appear again before this court for argument on the Motion to Dismiss on September 23, 2004 at 2:00 p.m.

   6. Counsel for the petitioner may move at any time for release of the petitioner upon conditions, either with the agreement of the respondent, or over respondent's objection.

   7. Pending further order of the court, the respondent is hereby ordered not to deport the petitioner, or transfer him outside the four counties of Western Massachusetts.

<u>Note</u>: The deadlines described above were discussed at the July 21 conference. Issuance of this written order has been delayed while the undersigned was away.

    It is So Ordered.

                                <u>/s/ Michael A. Ponsor</u>
                                MICHAEL A. PONSOR
                                United States District Judge