UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD SITCHA

       Plaintiff         CIVIL / CRIMINAL

                                                                    CASE NO. 04-30090
        V.
FREDERICK   MACDONALD
       Defendant

**NOTICE**

PONSOR        D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

HEARING ON MOTION TO RELEASE PETITIONER ON BAIL on

SEPTEMBER 10, 2004  at  10:00 A.M.  before Judge  PONSOR

in Courtroom #  1  on the  5th  floor.

                                                              TONY ANASTAS,
                                                              CLERK OF COURT

9/1/04                                        /s/Elizabeth A. French
                                         By:
   Date                                                           Deputy Clerk

Notice mailed to:

All counsel of record

(Notice of Hearing.wpd - 7/99)                                                      [kntchrgcnf.]
                                                                                                          [ntchrgcnf.]