UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD SITCHA

        Plaintiff        CIVIL / CRIMINAL

                              CASE NO. 04-30090

V.

FREDERICK MCDONALD

        Defendant

### NOTICE OF RESCHEDULING

PONSOR      D.J.

PLEASE TAKE NOTICE that the above-entitled case has been reset for

HEARING ON MOTION TO DISMISS   on   OCTOBER 6, 2004   at   2:30   P.M.

before Judge   PONSOR   in Courtroom #   1   on the   5th   floor.

                                        TONY ANASTAS,
                                        CLERK OF COURT

9/22/04                                /s/Elizabeth A. French

                                  By:
   Date                                    Deputy Clerk

**Notice mailed to:**

**All counsel of record**

**(Notice of Hearing.wpd - 7/99)**                                                    **[kntchrgcnf.]**
                                                                                      **[ntchrgcnf.]**