UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD SITCHA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| FREDERICK MACDONALD, et al., ) | 04cv30090-MAP |
| ) | |
| Respondents. ) | |

## MOTION TO ENLARGE TIME
(Assented to)

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves for a one week enlargement of time to file the additional documents in this case. As grounds for this motion, the respondent states that the undersigned attorney has been engaged in a criminal trial and has not had the opportunity to assemble the documents.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that her office consulted with the petitioner's attorney and he assents to this motion.

Wherefore, the respondent requests that the deadline for

filing additional documents with the court be extended to November 15, 2004.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

By: _____
                                    KAREN L. GOODWIN
                                    Assistant U.S. Attorney

DATED:   November 2, 2004

## CERTIFICATE OF SERVICE

I, Karen L. Goodwin, Assistant U.S. Attorney, hereby certify that on November 2, 2004, I have served a copy of the United States of America's Motion to Enlarge Time, by mailing a copy of same, First-Class Mail, postage prepaid, to:

        John P. McKenna
        McKenna & Associates, PC
        305 Main Street
        Springfield, MA 01103

_____
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street
Suite 310
Springfield, MA 01103
Telephone (413) 785-0269