UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sitcha Richard,<br>(A95 461 653)<br><br>V.<br><br>Frederick MacDonald, High<br>Sheriff, Franklin County<br>House of Corrections; Tom<br>Ridge, Secretary, Department<br>of Homeland Security; Michael<br>Garcia, Assistant Secretary<br>(Designee), Bureau of Immigration<br>and Customs Enforcement (ICE);<br>Eduardo Aguire, Acting Director,<br>Bureau of Citizenship and<br>Immigration Services("CIS");<br>Bruce Chadbourne, Interim Director,<br>ICE, Boston, Respondents | Case No. 04-CV-300090-MAP |

## NOTICE OF FILING DOCUMENTS

The Petitioner, Sitcha Richard, pursuant to the Court's October 6, 2004 order, hereby files copies of the following documents:

1. Affidavit from Sitcha Richard containing explanation of reasons barring him from appealing the Board of Immigration Appeals to the Circuit Court of Appeals;

2. Affidavit of Sitcha Richard indicating his intent to file a "motion to reopen" with the Board of Immigration Appeals.

                                        Respectfully Submitted,

                                        */s/ John P. McKenna*

                                        John P. McKenna  
                                        Law Office of John P. McKenna  
                                        1537 Main Street, Suite 305  
                                        Springfield, MA 01103  
                                        (413)787-9995

Dated: November 10, 2004

Certificate of Service

I hereby certify that I served a copy of the foregoing motion, by hand delivery, this 10th day of November 2004 on:

Assistant United States Attorney
Karen Goodwin
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

John P. McKenna