UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sitcha Richard,<br>(A95 461 653)<br><br>V.<br><br>Frederick MacDonald, High Sheriff, Franklin County House of Corrections; Tom Ridge, Secretary, Department of Homeland Security; Michael Garcia, Assistant Secretary (Designee), Bureau of Immigration and Customs Enforcement (ICE); Eduardo Aguire, Acting Director, Bureau of Citizenship and Immigration Services("CIS"); Bruce Chadbourne, Interim Director, ICE, Boston, Respondents | Case No. 04-CV-300090-MAP |

## AFFIDAVIT

1  I, Sitcha Richard am the above named Petitioner and I did not deliberately fail to file an appeal of the Board of Immigration Appeals decision with the U.S. Circuit Court of Appeals.

2.  I, Sitcha Richard was Pro Se as of February 10, 2004, when I indicated to the BIA I no longer would be represented by my prior attorney. I believe that this attorney was not zealously representing my interests and not informing me of what was occurring with regard to my case. See Exhibit A

3.  The prior attorney failed to supply me with the prior decisions from the September 18, 2003 hearing. In addition, I never received three of the five separate decisions issued by the court until after the March 25, 2004 deadline and this caused me additional confusion.

4.  I was Pro Se on February 25, 2004 through March 25, 2004 when the Board of Immigration Appeals (BIA) decision was issued. I did not file an appeal of the BIA's Decision because I was not familiar with the complex jurisdictional rules that govern the judicial review process requiring appeal of the BIA decision to the Circuit Court of Appeals. I did not speak with an attorney during this period of time from February 25, 2004 through March 25, 2004. I did not understand my rights to appeal the BIA decision to the Circuit Court of Appeals.

5.  I am fluent in my official language of French. I am not fluent in English and have difficulty understanding many English words. Based upon my difficulty with the english language I did not understand the requirements to appeal the BIA decision to the Circuit Court of Appeals.

6.  On February 2, 2004, I was assaulted by my cellmate while I was custody at the Osborne Correctional Facility in Connecticut. I was placed in an isolational cell for two days while I was under suicide watch. This assault left me physically and psychologically fragile. This injury lasted for several months causing me to suffer mentally, physically and caused me not to be in the right state of mind. I was not in the right state of mind to understand the consequences of not appealing to the Circuit Court of Appeals.(See Exhibit 2, Medical Records from Osborne Correctional Facility)

7.  For these reasons I was unable to file an appeal with the Circuit Court.

Signed under the pains and penalties of perjury this 5th day of November 2004.

_____
Sitcha Richard

# **EXHIBIT 1**

DISTRICT OF CONNECTICUT

IN THE MATTER
OF: SITCHA RICHARD    CASE N° A95-461-653.

DEAR CLERK OF BOARD OF IMMIGRATION APPEALS,

I RESPECTFULLY ASK YOU TO CANCEL ALL THE ACTS MY LAWYER ANTHONY D. COLLINS SENT TO YOUR OFFICE ABOUT MY CASE. I'M VERY DESAPPOINTED BY HIS REPRESENTATION. I'M A SIMPLE SEEKER OF POLITICAL ASYLUM WHICH IS A CIVIL MATTER. I'M A PEACEFUL PERSON WHO HAS NEVER BEEN INVOLVED IN A CRIME OR A FELONY AND I HAVE NEVER BEEN HEARD ON ANY OTHER MATTER THAN POLITICAL ASYLUM NOR THAN ANY OTHER COURT THAN INS COURT. I NOTICED THAT AN UNFORTUNATE ERROR OF THE IMMIGRATION JUDGE IN MY CASE HAS SENT ME IN JAIL. I SENT A MOTION TO THE INS CLERK OFFICE AND COPY TO MY LAWYER. DESPITE THE FACT HE AGREED WITH ME ABOUT THE ERROR HE DIDN'T SEE I DON'T KNOW WHY, HE NEVER ASKED THE COURT TO SCHEDULE A DATE FOR A HEARING ABOUT MY MOTION. ON FEBRUARY 09-04. HE SENT ME A COPY OF AN 44P BRIEF AND COPY OF A REQUEST FOR EXTENSION OF TIME FILE BRIEF, HE HAS SENT TO YOUR OFFICE AND TO HOMELAND SECURITY TRIAL ATTORNEY UNIT 450 MAIN ST HARTFORD CT R00483. ON JANUARY 5th-04. I CAN'T UNDERSTAND WHY FOR A CIVIL MATTER AS SEEKING FOR POLITICAL ASYLUM A COPY OF ALL THESE DOCUMENTS SHOULD BE SENT TO THE TRIAL UNIT OF HOMELAND SECURITY INSTEAD TO BE SENT TO INS ROOM 509 WHICH IS IN CHARGE OF CIVIL UNIT LIKE MINE. I NEVER BEEN IN ROOM 483. SINCE OCTOBER 1st DECISION I HAVE CONTESTED I NEVER BEEN AGAIN TO THE COURT AND I HAVEN'T RECEIVED COPY OF ANY DECISION SINCE THAT DAY. I HAVE LOST CONFIDENCE IN MY LAWYER AND I DON'T WANT HIM TO REPRESENT ME ANYMORE. I WILL NOT ACKNOWLEDGE ALL ACTS MY LAWYER DID ON MY BEHALF AFTER OCTOBER 31st 2003 AND BETWEEN JANUARY 16th 2003 AND OCTOBER 31st 2003 ONLY ITEM HE HAS SENT ME A COPY.

THANK YOU
RESPECTFULLY SUBMITTED
SITCHA RICHARD

I SITCHA RICHARD, CERTIFIES THAT THIS LETTER WAS SENT BY U.S. POSTAGE TO

- ATTORNEY ANTHONEY D. COLLINS AT 664 FARMINGTON AVENUE HARTFORD CT 06105 ON FEBRUARY 11-2004

- DEPARTEMENT OF HOMELAND SECURITY TRIAL ATTORNEY UNIT AT 450 MAIN ST HARTFORD CT 06103 ON FEBRUARY 11-2004

# **EXHIBIT 2**

HR401 REV.5/84
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

INMATE NUMBER: 314760
DATE OF BIRTH: 5/25/62
INMATE NAME (LAST, FIRST, INITIAL): Sutcha Richard
SEX: M
RACE/ETHNIC: O
FACILITY: OCI

| DATE/TIME | |
|---|---|
| 2/3/04 1pm | S/O: Calm & quiet all day, given bible, glasses, showered, eating well, med compliant for INH & B6 – double checked to make sure he wasn't getting psych meds mixed in.<br>A: Ineffective coping<br>P: Cont poc — D Carpenter |
| 2-3-04 7p | S: ∅<br>O: quiet; passing time reading, resting<br>A: No acute issues<br>P: continue plan of care |
| 2/4/04 11p-7a | S: "I okay"<br>O: I/M slept soundly throughout the night. I/M denies SI or feeling depressed. I/M remaining quiet & calm.<br>A: Ineffective coping – no acute issues.<br>P: Cont c̄ poc — |
| 2-4-04 10a | Seen on rounds. No complaints – good spirits – ready for return to pop. No Ψ med Rx acute situational reaction (bad cellie) resolved. Discharge to custody & gen population. — RONALD HENSLEY, M.D. |
| 2-4-04 11:15a | S: [illegible] it no youth criminals – it's a civil matter.<br>O: Calm & cooperative<br>A: Informed<br>P: For discharge to gen pop. Continue with TB meds. |

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

INMATE NUMBER: 214760
DATE OF BIRTH: 5/25/62
INMATE NAME (LAST, FIRST, INITIAL): Sexton, Richard
SEX: M
RACE/ETHNIC: O
FACILITY: OCI

| DATE/TIME | |
|---|---|
| 2-2-04 9:30a | (S) "I am not suicidal. My cellmate wanted to fight me." (O) I/M presented bright, smiling and eager to talk. Reported cellmate was embarrassing him, caught on a [illegible]. I/M denied any suicidality. I/M has many INS issues. (A) R/O ASPD (P) Continue tomorrow. — Bradley, CMHA |
| 2/2/04 10:00 | +INS (S) "I was upset... I'm not suicidal." Angry & loud in [illegible] self-injury, but responded very well to [illegible] & became pleasant & cooperative. His INS situation is not clear. I don't think that he is completely honest about his immigration problem. Otherwise doing better, more appropriate reactions, better impulse control, no active production, Ø SI/HI, A&Ox3. Denies any H/O Ø Rx; refused to start Prozac. (A/P) Acute adjustment reaction — resolving 1) D/C Prozac. 2) D/C Q15 & [illegible] 3) Cont. F/U in MH-4 K240 then consider D/C if stable — Michael Press, MD |

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| | |
|---|---|
| INMATE NUMBER | 314760 |
| DATE OF BIRTH | 5/25/62 |
| INMATE NAME (LAST, FIRST, INITIAL) | SITCHA Richard |
| SEX | M |
| RACE/ETHNIC | B |
| FACILITY | OCI |

| DATE/TIME | |
|---|---|
| 2/2/04 10:15pm | Received a telephone call from Lt Parker who states I/M stating he is going to kill himself, asking for mental health to see him again, and that I/M had been escorted back to mental F/O. —Edwards RN |
| 2/2/04 10:20 | I/M discussed with Dr. Trudeau and Hosp. II. Unit mental staff orders obtained to admit to Hosp II —Edwards RN |
| 2/2/04 1:30pm | S/O: I/M is a 42 y.o. from Cameroon being held on immigration charges. Very intelligent, soft spoken man, speaks English, Spanish & French. States he came to this country & applied for political asylum. Has not been able to get his family here from Cameroon. Very good support system in his church — numerous visits from church family since incarceration. Denies S/I/H at this time. Denies any medical conditions, BP sl ↑, refusing meds. A: numerous stressors P: Cont to monitor —Carpenter |
| 2/2/04 6pm | S/O: Quiet, Ø complaints offered — sitting or laying on bed most of shift — [illegible] [illegible] [signature] |
| 2/3/04 11:7 | S - "I don't take meds." O - I/m quietly resting, Ø c/o. I/m got somewhat agitated when offered meds, ref po meds. A - Non-compliant c̄ med P - Cont POC —Besaw RN |

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 317760 | 5/25/70 |

INMATE NAME (LAST, FIRST, INITIAL): Ssela, Richard
SEX: M
RACE/ETHNIC: B
FACILITY: HCC

| DATE/TIME | |
|---|---|
| 9/18/03 | Spoke french<br>Rec @ HCC<br>S: I'm ok<br>O: [illegible]<br>A: H/R for ineffective indv coping r/t incarceration<br>P: plan PPD [illegible] |
| 9/21/03 | MHU reviewed chart. Listed as MH1 — [illegible] |
| 2/2/04 8:20am | I/M seen referred by nursing supervisor. I/M is a 37 yr old INS detainee from Cameroon who came to USA April 2001 for political asylum. Reports he was an attorney in Cameroon. His wife is visiting family in France and his two kids are with his cousin in Africa. On Sept 18th 2003 he was incarcerated. He states it's a mistake as he was granted political asylum Jan 16th 2003. I/M alert oriented agitated states his attorney hit him earlier today — states "I'm a person who knows the law & when I'm in prison like this I feel ashamed, I have never broken the law". He is frustrated as he has a family and he feels his lawyer should be able to have got him released from prison. He claims he can not be an INS detainee if he has political asylum. I/M evaluated by Dr. [illegible] 8:20am. I/M contracts for safety and given appt to f/u appt w/ MD Tues 9am 2/3/04. Lt Parker called asked to see I/M re placement as I/M claims cellie abusive. I/M escorted to Lt Parker at the Capts Office @ 12th. I/M refuses to take any medication for depression/ agitation stating "I just want my freedom". Plans to [illegible] working with his attorney re release.<br>B Stanicki RN |