UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sitcha Richard,<br>(A95 461 653)<br><br>V.<br><br>Frederick MacDonald, High Sheriff, Franklin County House of Corrections; Tom Ridge, Secretary, Department of Homeland Security; Michael Garcia, Assistant Secretary (Designee), Bureau of Immigration and Customs Enforcement (ICE); Eduardo Aguire, Acting Director, Bureau of Citizenship and Immigration Services("CIS"); Bruce Chadbourne, Interim Director, ICE, Boston, Respondents | Case No. 04-CV-300090-MAP |

## AFFIDAVIT

1   I, Sitcha Richard am the above named Petitioner intend to file a motion to reopen with the Board of Immigration Appeals (BIA) ~~with the next to days~~.

Signed under the pains and penalties of perjury this 8th day of November 2004.

_____
Sitcha Richard, PRO SE

RESERVES: MY ASYLUM WAS GRANTED ON 01-16-2003 AND REVOKED ON 03-18-03. I HAVE NEVER BEEN CHARGED IN U.S.A. or SOME WHERE ELSE.