UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sitcha Richard,<br>(A95 461 653)<br><br>V.<br><br>Frederick MacDonald, High<br>Sheriff, Franklin County<br>House of Corrections; Tom<br>Ridge, Secretary, Department<br>of Homeland Security; Michael<br>Garcia, Assistant Secretary<br>(Designee), Bureau of Immigration<br>and Customs Enforcement (ICE);<br>Eduardo Aguire, Acting Director,<br>Bureau of Citizenship and<br>Immigration Services("CIS");<br>Bruce Chadbourne, Interim Director,<br>ICE, Boston, Respondents | Case No. 04-CV-300090-MAP |

## MOTION TO DELAY ACTION ON AFFIDAVIT

I, John P. McKenna as Counsel for the Petitioner, Sitcha Richard, respectfully request the Court to delay action on the Affidavit of Sitcha Richard filed on November 10, 2004. I would ask for further opportunity to supplement and investigate certain newly discovered information. I would respectfully ask the Court to delay action until Friday, November 19, 2004 for this newly discovered information to be investigated.
Signed under the pains and penalties of perjury this 16th day of November 2004.

　　　　　　　　　　　　　　　　　　　　　John P. McKenna
　　　　　　　　　　　　　　　　　　　　　1537 Main Street, Suite 305
　　　　　　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　　　　　　(413)787-9995

Certificate of Service

      I hereby certify that I served a copy of the foregoing motion, by hand delivery, this 16th day of November 2004 on:

Assistant United States Attorney
Karen Goodwin
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

                                        John P. McKenna