UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sitcha Richard,<br>(A95 461 653)<br><br>V.<br><br>Frederick MacDonald, High<br>Sheriff, Franklin County<br>House of Corrections; Tom<br>Ridge, Secretary, Department<br>of Homeland Security; Michael<br>Garcia, Assistant Secretary<br>(Designee), Bureau of Immigration<br>and Customs Enforcement (ICE);<br>Eduardo Aguire, Acting Director,<br>Bureau of Citizenship and<br>Immigration Services("CIS");<br>Bruce Chadbourne, Interim Director,<br>ICE, Boston, Respondents | Case No. 04-CV-300090-MAP |

## NOTICE OF FILING DOCUMENTS

The Petitioner, Sitcha Richard, pursuant to the Court's October 6, 2004 order, hereby files copies of the following documents:

1. Supplemental Affidavit from Sitcha Richard based upon the investigation of newly discovered evidence. This supplemental affidavit supplements the Affidavit of Sitcha Richard filed on November 10, 2004. As instructed by the Court on October 6, 2004, this affidavit contains an explanation of reasons barring Sitcha Richard from appealing the Board of Immigration Appeals to the Circuit Court of Appeals;

2. Supplemental Exhibit 8, is documentation supporting paragraph 3 of the Affidavit of Sitcha Richard filed on November 10, 2004. Exhibit 8 contains the five decisions Sitcha Richard refers to in paragraph 3 of his affidavit filed on November 10, 2004.

Respectfully Submitted,

*[signature]*

John P. McKenna
Law Office of John P. McKenna
1537 Main Street, Suite 305
Springfield, MA 01103
(413)787-9995

Dated: November 22, 2004