EXH A

IMMIGRATION COURT
450 MAIN ST., ROOM 509
HARTFORD, CT 06103-3015

In the Matter of

SITCKA, RICHARD
Respondent

Case No.: A95-461-653

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jan 16, 2003. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ] The respondent was ordered removed from the United States to _____ or in the alternative to _____
[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to _____ alternative to _____
[ ] Respondent's application for voluntary departure was granted until _____ upon posting a bond in the amount of $ _____ with an alternate order of removal to _____
[X] Respondent's application for asylum was (X) granted ( ) denied ( ) withdrawn.
[ ] Respondent's application for withholding of removal was ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's application for cancellation of removal under section 240A(a) was ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted under section 240A(b)(1)   ( ) granted under section 240A(b)(2) ( ) denied ( ) withdrawn. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was ( ) granted ( ) denied ( ) withdrawn or ( ) other.
[ ] Respondent's application for adjustment of status under section _____ of the INA was ( ) granted ( ) denied ( ) withdrawn. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____

Date: Jan 16, 2003
Appeal: Waived/Reserved    Appeal Due By: _____

MICHAEL W. STRAUS
Immigration Judge

THIS IS THE DECISION THAT GRANTED MY ASYLUM I NEVER GET A DECISION SAYING THAT MY ASYLUM WAS RE-MOVED).

ALIEN NUMBER: 95-461-653                                ALIEN NAME: SITCHA, RICHARD

---
                          CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN , [ ] ALIEN c/o Custodial Officer  [X] ALIEN's ATT/REP  [ ] INS
DATE: 11/6/03        BY: COURT STAFF _____
      Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Q6

Exit B₁





Exit B-2

# TRAVEL DOCUMENT



Issued by the
Bureau of Citizenship
and Immigration Services

BEGINNING IN OCTOBER 2003, CITIZENSHIP AND IMMIGRATION SERVICES IS PRODUCING A NEW GREEN TRAVEL DOCUMENT TO REPLACE THE PREVIOUSLY ISSUED BLUE REFUGEE TRAVEL DOCUMENT AND WHITE REENTRY PERMIT. THE DOCUMENT TYPES WRITTEN ABOVE THE PHOTO IMAGE, ON THE BIOGRAPHIC PAGE, AND WILL SAY EITHER "PERMIT TO REENTER," OR "REFUGEE TRAVEL DOCUMENT."

THE NAME ON THE ATTACHED DOCUMENT HAS BEEN TAKEN DIRECTLY FROM YOUR IMMIGRATION SERVICE RECORDS. IF THIS NAME IS NOT CORRECT, YOU MUST FILE AN APPLICATION TO CHANGE YOUR ALIEN REGISTRATION CARD WITH THE APPROPRIATE DOCUMENTATION TO SHOW YOUR CORRECT NAME. AFTER RECEIPT OF A NOTICE INDICATING THAT YOUR REQUEST FOR CHANGE OF YOUR ALIEN REGISTRATION CARD HAS BEEN APPROVED, YOU MAY FILE A NEW APPLICATION FOR REENTRY PERMIT/REFUGEE TRAVEL DOCUMENT WITH A COPY OF THE NOTICE AND THE REQUIRED FEE. IF IT IS DETERMINED AT THE TIME YOU FILE YOUR APPLICATION FOR CHANGE OF NAME AT YOUR LOCAL IMMIGRATION (CIS) OFFICE THAT IT WAS AN IMMIGRATION SERVICE (CIS) ERROR, YOU MAY NOT BE REQUIRED TO PAY THE FEE.

NSC-1-11

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Bureau of Citizenship and Immigration Services

## This is *NOT* a United States Passport

This Travel Document does not protect your residence for naturalization purposes. Pursuant to the provision of section 223 of the Immigration and Nationality Act, this document is issued to the person named herein and may be used to readmit its rightful holder to the United States, if otherwise admissible. See important information on pages 21, 22, 23, 24 and on the inside of the back cover.

*If this document is found, please return to:*
Bureau of Citizenship and Immigration Services
Nebraska Service Center
P.O. Box 87131
Lincoln, Nebraska 68501

THIS DOCUMENT AT ALL TIMES REMAINS THE PROPERTY OF THE UNITED STATES AND SHALL BE RETURNED TO THE GOVERNMENT UPON DEMAND.

Signature of Bearer / Signature Du Titulaire

---

**UNITED STATES OF AMERICA**
*Department of Homeland Security*

*Bureau of Citizenship and Immigration Service*

Refugee Travel Document
Form I-571 (Rev. 9-2-03)

| Type/Catégorie | Country/Pays | File Number/ Numéro de Dossier |
|---|---|---|
| TP | CAMER | A95461653 |

| Entries/Entrées | Book#/Registre |
|---|---|
| M | 200019805 |

Surname/Nom
**SITCHA**

Given Names/Prénoms    Middle Name/Deuxième Prénom
**RICHARD**

| Date of Birth/Date de Naissance | Gender | Class |
|---|---|---|
| 25 MAY/MAI 1962 | M | ASYLEE |

| Date of Issue/Date de Délivrance | Date of Expiration/Date d'Expiration |
|---|---|
| 09 DEC/DÉC 2003 | 09 DEC/DÉC 2004 |

Restrictions/Restrictions
Document de Voyage de Réfugié   **NONE**

```
TPUSASITCHA<<RICHARD<<<<<<<<<<<<<<<<<<<<<<<<<
2000198057CMR6205254M0412096LIN0319750397<06
```

Exit E

LAW OFFICE OF
## ANTHONY D. COLLINS, P.C.
GENERAL PRACTICE AND IMMIGRATION LAW

664 FARMINGTON AVENUE
HARTFORD, CONNECTICUT 06105
E-MAIL: acollins@immigrationlawyerct.com

ANTHONY D. COLLINS

NANCY E. MARTIN

TELEPHONE
(860) 233-1616
FAX
(860) 233-8578

October 14, 2003

Richard Sitcha
Inmate#: 314760
100 Bilton Road
POB 100
Somers, CT 06071

> I WAS INCARCERED IN OSBORN CORRECTIONNAL INSTITUTION ON THIS ADDRESS, A MAXIMUM SECURITY PRISON FROM SEPT 18th 2003 TO MARCH 29th 2004 WITH THE INMATE NUMBER # 314760. THEN I HAVE BEEN TRANSFERED IN GREENFIELD COUNTY JAIL TILL NOW. THE IJ IS IN VIOLATION OF THE SUPREME COURT RULE IN THE CASE OF ZADVYDAS V DAVIS AND ASHCROFT V MA. I'M DOING 10 MONTHS MORE BY.

Re: Appeal

Dear Mr. Sitcha,

To date, we have not received any payment regarding your appeal. If we do not receive payment in the amount of $5500, we cannot file your appeal. It is your responsibility to provide us with the funds.

If we do not receive payment by Thursday, October 16, 2003, we will assume that you are proceeding without us as your counsel. In the event of this, we are providing you with materials so that you may file your appeal on your own. I have included the Notice of Appeal, the Appeal Fee Waiver, a Change of Address form, and a copy of the Immigration Judge's decision. We can provide you with a copy of your file at your request. Please note the appeal must be received at Board of Immigration Appeals (BIA) by October 20, 2003. If you are filing your appeal without our assistance, then you should complete the necessary forms and mail them as soon as possible. The BIA does not accept late appeals, even those that arrive late due to errors by the Postal Service.

If you have any questions, please contact our office.

Sincerely,

ALEC J. NIZIOLEK

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
450 MAIN ST., ROOM 509
HARTFORD, CT  06103-3015

In the Matter of:
SITCHA, RICHARD

Case No.: A95-461-653

Docket: HARTFORD, CONNECTICUT

RESPONDENT

IN REMOVAL PROCEEDINGS

CUSTODY ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. Part 236 and having considered the representations of the Immigration and Naturalization Service and the respondent, it is HEREBY ORDERED that:

The request for a change in the custody status of the respondent be granted and that the respondent be released from custody upon posting a bond of $40,000 (not less than $1,500) and the conditions of the bond remain unchanged.

MICHAEL W. STRAUS
Immigration Judge
Date: Oct 1, 2003

Appeal: RESERVED (A/I/B) by respondent
Appeal Due By: Oct. 31, 2003

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)  PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [✓] Alien's ATT/REP  [✓] INS
DATE: _10.1.03_  BY: COURT STAFF _ES_
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Form EOIR 1 - 1F (Custody - REMOVAL)
SS7

Exit K₁

1000 Misty Meadow Lane
So. Windsor Ct. 06074
March 18, 2004

Re: RICHARD SITCHA    A95-461-653

Board of Immigration Appeals
Clerk's Office
P.O. Box 8530
Falls Church, Va 22041

Dear Sirs,

Richard Sitcha has asked me to forward this decision and to ask you to authenticate it. I am a friend of Richard. This is a copy of a copy that I received from his former Attorney. Richard said that the copy that was sent to him had no signature.

He is also surprised that since he had sent notice that he no longer wished Attorney Col) to represent him prior to February 3, 2004 that the decision should have been mailed to him and not to his former Attorney. Perhaps Wonders why is better than should have.

He had been under the impression that such decision usually take a long time, which is another reason why he would like clarification with regard to the enclosed document.

Could you please send your answer and a signed copy of the decision directly
to :   Richard Sitcha #314760
       OCI P.O. Box 100
       Somers Ct. 06071
and if you could let me know that it has been done it would be greatly appreciated.
my address is Lorena D. Dutelle 1000 Misty Meadow Lane So. Windsor, Ct. 06074

I am sending a copy of this letter to your overnight address also. in case it arrives faster. Richard had asked me to send it First Class .

Sincerely Yours,
Lorena D. Dutelle
Lorena D. Dutelle

.C.I. P.O BOX
SOMERS CT 06071
IN THE

CASE N° A05-461-653    (EXHIBIT K2)

TO: THE BOARD OF IMMIGRATION APPEALS
CLERK OFFICE P.O BOX 8530 FALLS CHURCH
V.A. 22041

HIS HONORS OF THE BOARD,

I'M DOING MORE THAN 6 MONTHS UNDER INS CUSTODY FOR NO REASONS AND I RESPECTFULLY PLEASE THE BOARD FOR MY LIBERATION. TO UNDERSTAND MY CASE, PLEASE READ MY 2 MOTIONS I WROTE AND SEND TO INS COURT WITHOUT ANY ANSWERS. MY CHURCH MEMBERS HAVE SENT A PETITION FOR MY LIBERATION BUT I'M STILL BE DETAINED WITHOUT ANY CAUSE.

IN ANOTHER HAND HIS HONORS MY EX LAWYER HAS SENT ON FEBRUARY 03-04 A BRIEF AT THE BOARD TOTALY OPPOSITE OF MY CASE AND FOR HIS MISCONDUCT AND MISREPRESENTATION I SENT ON FEBRUARY 10th 04 A LETTER TO CANCEL ALL ACT'S HE DID ON MY BEHALF AND FIRED HIM (THE LETTER IS BELOW) BUT I WAS SURPRISED TO RECEIVE FROM HIM A DECISION WITHOUT THE NAME OF THE PERSON WHO SIGNED IT, THE ANOTHER DECISION HE HAS SENT TO MY CHURCH REPRESENTATIVE WITH A NAME OF THE PERSON WHO SIGNED, AND SAYING THAT MY CASE WAS DISMISSED AND I HAVE 30 DAYS TO APPEAL. I'M SURPRISED BECAUSE I NEVER BEEN IN COURT SINCE OCTOBER 1st 2003 AND I NEVER RECEIVED ANY DECISION SINCE THAT DAY. I DON'T KNOW UPON WHICH DECISION THIS APPEAL HAS BE DONE. THE RAPIDITY OF THIS DECISION AND HIS PRESENTATION ARE VERY AMAZED TO BE FROM BIA SINCE THERE ARE INMATES WHO ARE WAITING TO KNOW IF THE BIA HAS RECEIVED THEIR APPEAL SINCE 3 MONTHS. I DON'T ALSO KNOW HOW AN EX LAWYER CAN CONTINUE SENDING ME SOMETHING ABOUT MY CASE WHILE I OFFICIALLY FIRED HIM. I PLEASE THE BOARD WITH ALL DUE RESPECT TO INVESTIGATE ABOUT MY CASE AN' INFORM ME.

THANK YOU
GOD BLESS YOU
SITCHA RICHARD