653

IMMIGRATION COURT
450 MAIN ST., ROOM 509
HARTFORD, CT 06103-3015

(EXHIBIT L a)

In the Matter of

SITCHA, RICHARD
Respondent

Case No.: A95-461-653

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Sep 18, 2003.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X] The respondent was ordered removed from the United States to Cameroon
or in the alternative to

[ ] Respondent's application for voluntary departure was denied and
respondent was ordered removed to _____ alternative to _____

[ ] Respondent's application for voluntary departure was granted until _____
upon posting a bond in the amount of $ _____ with an alternate order of removal to _____

[X] Respondent's application for asylum was ( )granted (X)denied ( )withdrawn.

[X] Respondent's application for withholding of removal was ( )granted (X)denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted under section 240A(b)(1) ( ) granted under section 240A(b)(2) ( ) denied ( ) withdrawn. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's application for a waiver under section _____ of the INA was ( )granted ( )denied ( )withdrawn or ( )other.

[ ] Respondent's application for adjustment of status under section _____ of the INA was ( )granted ( )denied ( )withdrawn. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a _____ until _____

[ ] As a condition of admission, respondent is to post a $ _____ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper notice.

[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[ ] Proceedings were terminated.

[X] Other: Withholding was denied

Date: Sep 18, 2003

Appeal: Waived/Reserved   Appeal Due By:

By respondent Oct. 20, 2003

MICHAEL W. STRAUS
Immigration Judge

ALIEN NUMBER: 95-461-653 [handwritten annotations] ALIEN NAME: [illegible], RICHARD

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [X] ALIEN's ATT/REP  [X] INS
DATE: 9/18/03  BY: COURT STAFF _____
   Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

January, 24, 2004
820 Park St. Hartford, Ct. 06106

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
450 MAIN ST. ROOM 509
HARTFORD, CT 06103-3015

In the Matter of:
SITCHA RICHARD

Case No.: A 95-461-653
Docket: HARTFORD, CONNECTICUT

To the JUDGE OF IMMIGRATION:

We the Parishioners of Ste Anne-Immaculate Conception Church, Inc. in Hartford Connecticut, friends, and acquaintances of Richard Sitcha would like you to consider either lowering his bond of $40,000.00 or better yet releasing him until his appeal is heard.

In the three years since we have known him, he has been an active member of our parish, assisting as leader, lector and cantor at our 8:30 A.M. French Mass and helping in other parish activities.

In addition, he has also been willing to share his knowledge of the African Culture. This was best demonstrated by his helping a student from Wesleyan with his thesis on Africa. Furthermore, he did a presentation on April 22, 2003 at Wesleyan University and was suppose to be doing another presentation in January of this year.

Unfortunately, because he is imprisoned, his Parish, friends, acquaintances, students, are being deprived of his presence.

We find it incomprehensible that a human being, who is seeking political asylum can be put into prison, when he has done nothing wrong.

Although we are unable to come up with the amount of the bond, we want to show our moral support. Richard is a hard worker, conscientious, eager to help whether it be by service, or financial donations (even though he has limited means). We unequivocally believe that Richard presents no risk to Society, only good things happen when he is around.

He had to flee his country, because he revealed the truth about 9 innocent people (the Bepanda 9) who were executed by members of the Cameroon Task Force. He loves his country and only fled because his life was endangered. If a new government came into power, he would return home.

He came here seeking Asylum. Instead he has been put into prison with regular criminals. He had committed no crime in his own country, unless you consider whistleblowing a crime. He arrived here legally and has not committed any crime here either. Neither Richard nor we, his fellow parishioners and friends of his can understand how he can be imprisoned while awaiting his appeal. Even President Bush has requested that Immigrants who have come here even illegally and have done nothing wrong be free. While Richard who arrived legally and has done nothing wrong is being held. In addition to which his Bond is set higher than those given for some major crimes. It is only since the end of December that anyone was finally allowed to visit him a period of two months isolated from friends and those of us who consider him to be family. (since his real family is all in the Cameroon.

Since then, the hope that he would soon be released and his strong faith helped him survive this experience of loneliness, of confusion, and of bewilderment of a system

page 2

that he does not completely understand.

If the Pilot program were being practiced as described in the Hartford Courant Newspaper back in September, namely that the Immigrants were to be held in a special facility separate from criminals, his imprisonment while still not just, or understandable could be better tolerated. However now that more than four months have passed, with no freedom in sight, and subjected to threats by criminals who are imprisoned at the same facility, his courage has failed.

Therefore we, the Parishioners of Ste Anne-Immaculate Conception Church, his friends and acquaintances beg you to consider our request so that a greater tragedy will not result

We also ask you to consider these factors:
A) that Richard Sitcha has been incarcerated and isolated from family and friends.
B) that three of the Witnesses who had submitted notarized letters concerning Richard's case were fearful to corroborate their letters when questioned by phone, by someone claiming to be working for the U.S. Embassy.(He may in fact have been but since all communication was by phone, they had no way of proving it );
C) His bond is disproportionately high, especially considering that even persons convicted of serious crimes have been granted lower bonds;
D) Because of his incarceration he has been unable to contribute to his own defense in the preparation of his appeal,especially because he has been unable to contact people in the Cameroon who can substantiate the truth of his testimony.

Therefore we respectfully request that he be released on his own recognizance; if you do not consider this feasible, please consider lowering his bond  so that we would be able to raise the necessary amount.

Thank you for your consideration. We hope that Richard will soon be in our midst again.

Requested by the following Parishioners of Saint Anne-Immaculate Conception and other friends and acquaintances of Richard Sitcha.

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| RENA D. DUTELLE | 1000 Misty Meadow So Windsor CT | Lorena D. Dutelle |
| ROSE VEILLEUX | 230 Putnam St Hartford | Rose Veilleux |
| Rena G. Cyr | 19 Columbia St. Hartford | Rena G. Cyr |
| RITA LAROCHELLE | 25 Jolt W St E-Hartford | Rita Larochelle |
| GHISLAIN LAROCHELLE | 25 Jolt W St E-Hartford | Ghislain Larochelle |
| RINO RINGUETTE | 22 Mitchell St East Htfd CT | Rino Ringuette |
| PAUL F. KENEFICK | 494 N. Beacon Ave Hartford, CT | Paul F. Kenefick |
| PGET DE MOURA CASTRO | 53 E Woodhaven Dr Avon CT | Puget de Moura Castro |
| JEAN AGBA | 276 Collins St #102 | Jean Agba |
| bidi TCHORE | " " | |
| emi MABLE | " " | |
| Peyram MABLE | " " | |

Additional Signatures Regarding request for Richard Sitcha's Release
CAse No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Albert J. Marceau | 27 Basswood St, Newington CT 06111 | Albert J. Marceau |
| Lucille McAllister | 118 Levesque Ave, W. Htfd CT 06110 | Lucille McAllister |
| Donald McAllister | 118 Levesque Ave, W. Htfd CT 06110 | Donald McAllister |
| Roland L. Fauchier | 117 Boulanger Ave, W. Htfd 06110 | Roland Fauchier |
| Kongolo Tshikula | 43 Franklin Ave, Hartford, CT | K. Tshikula |
| Dorothy Poirier | 54 Ledger St Hartford CT | Dorothy Poirier |
| Roger Vallerand | 134 Elmhurst St, W. Htfd, CT | Roger Vallerand |
| Ernestine Vallerand | 134 Elmhurst St, W. Htfd, CT | Ernestine Vallerand |
| Pat Labrie | P.O. Box 260321 Hartford CT 06126 | Pat Labrie |
| Rev. James Lowery, MS | 830 Park St - Hartford 06106 | Rev. James Lowery |
| Alourdes Bredy | 170 Sisson Ave Bld 7 - 102 Hartford, CT | Alourdes Bredy |
| Malvina Levesque | 1146 Main St Manchester CT | Malvina Levesque |
| Lionel Levesque | 1146 Main St Manchester CT | Lionel Levesque |
| Helena N. Dutelle | 92 Avondale Rd Manchester CT | Helena N. Dutelle |
| Sophia Powell | 92 Avondale Rd Manchester CT 06040 | S. Powell |
| Mary Ellen Leroux | Crestfield Rehabilitation 565 Vernon St Manchester CT | Mary Ellen Leroux |
| Peter Mihaly | 772 Atkins St Middletown, CT | Peter Mihaly |
| Rose Cange | 39 Heather New Britain CT 06053 | Rose Cange |
| Cindy Moeckel | 41 Meadow Farms West Hartford CT | Cindy Moeckel |
| N. Bayes | 3 Salisbury St (I-D) CT | Nicolas Bayes |
| Alvin Jean-Louis | 230 Blue Hills Ave Hartford CT | Alvin Jean-Louis |
| Rose Antoine | 26 Chadwick Ave Hartford CT | Rose Antoine |

Additional Signatures Regarding request for Richard Sitcha's Release
CAse No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Jean Claude Severe | P.O. box 320511 Htfd CT 06132 | |
| CLERCY DELILLE | 29 Ashley St Hartford CT 06105 | |
| MARIE F TARTE | 93 James St Hart CT 06106 | |
| William Bourjolly | PO box 230039 E Hartford CT 06128 | William Bourjolly |
| Marie F. Boyer | 3 Salisbury St. Htfd, CT 06112 | Marie F. Boyer |
| Nancy Duphrezin | 565 Broadview Terr Hartford CT 06106 | Nancy Duphrezin |
| Rosy Legros | 565 Broadview Terr Hartford CT 06106 | Rosy Legros |
| Evold Duphrezin | 565 Broadview Terr Hartford | Evold |
| Nanoise Antoine | 26 Chadwick Ave Hartford CT | Nanoise |
| Aric F. DuMouchel | 12 Julus St Htfd | ADM |
| Aline Maras | 112 Catherine St Htfd | Aline Maras |
| Adrienne Bernier | 441 Summit St Htfd | Adrienne Bernier |
| Aurele Maras | 112 Catherine Htfd | Aurele Maras |
| Elaine Roland | 439 Summit Htfd | Sr. Elaine DHS |
| Marie P. Lalibertie | 439 Summit Htfd | Marie P. Lalibertie D.H.S. |
| Jeanette Celani | 41 Squire St. Htfd | Jeanette Celani |
| Noella M Daigle | 687 Flom Dr Colchester CT 06415 | Noella M Daigle |
| Dionicia Feliciano | 160 Flatbush Ave Hartford CT | Dionicia Feliciano |
| Karl Emmanuel Luyo | 1000 Misty Meadow Ln South Windsor CT | Karl Emmanuel Luyo |
| Maryjane PetroRado | 31 Woodland St Hartford CT | Maryjane PetroRado |
| AGATHA DENAULT | 19 NEWGATE ST WEST HARTFORD | Agatha Denault |
| Sandra Toledano | P.O. Box 20021 Hartford CT | Sandra Toledano |
| St-H-Ouellette | ½ Willow St West Htfd CT | M. Ouell. |

Additional Signatures Regarding request for Richard Sitcha's Release
Case No. A95-461-653 Docket Hartford, Connecticut

| PRINT NAME | ADDRESS | SIGNATURE |
|---|---|---|
| MARY SCANLON | 124 Putnam St | M. Scanlon |
| Dolores Torres | 46 Lenox | Dolores Torres |
| Madeleine J Ouellette | 92 Willow St Wethersfield Ct | Madeleine Ouellette |
| MARY YANNELLI | 47 Squire St | Mary Yannelli |
| Ana C. Rivera | 1136 Broad St | Ana C. Rivera |
| Francisco Torres | 46 Lenox St | Francisco Torres |
| Sister Jean Carroll | 102 Putnam St | Sister Jean Carroll |
| Sister Nancy McNamara | 102 Putnam St | Sister Nancy McNamara |
| Evelyn Reyes | 106 Monroe Ct Meriden | Evelyn Reyes |
| Victor Reyes | 106 Monroe Ct Meriden | Victor Reyes |
| Heather Gaye | 248 E Middle Tpke, Manchester, CT 06040 | |
| Janet Sevigny | 45 Forster St Htfd CT | Janet Sevigny |
| Gene Sevigny | 45 Forster St Htfd CT | Gene Sevigny |
| Francis Ouellette | 104 Putnam St Htfd CT | Francis Ouellette |
| Julio Maturana | 9 Ginger Dr Westhampton, CT | J Maturana |
| Miguel Nunez | 43 Arnold | Miguel Nunez |
| Yolanda Lectora | 518 Broad St | Yolanda Lectora |
| Antonia Rodriguez | 518 Broad St | Antonia Rodriguez |
| Martin Vega | 90 Lincoln St | Martin Vega |
| Jean Smith | ? Lafayette St | |
| Rosa L. Lopez | 36 Linsky #3 | Rosa R Lopez |
| Maria Garcia | 15 Clermont St | Maria Garcia |
| Nereida Vasquez | 15 Clermont St | Nereida Vasquez |
| Maria Bonan | 70 Kane St W Htfd | Maria Bonan |
| Santiago Vequilla | 70 Kane St W Htfd | Santiago Vequilla |