# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

RICHARD SITCHA.,

    Petitioner

        v.                                              CIVIL ACTION NO. 3: 04-30090-MAP

FREDERICK MACDONALD,
HIGH SHERIFF OF THE
FRANKLIN COUNTY HOUSE
OF CORRECTION, ET AL.,

    Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent's Frederick MacDonald, et al., the court having granted their motion to dismiss.

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: March 31, 2005                       By  /s/ Maurice G. Lindsay
                                                  Maurice G. Lindsay
                                                  Deputy Clerk