IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                         )
RICHARD SITCHA,                          )
                                         )
              Petitioner,                )
                                         )
                   v.                    )     Civil Action No.
                                         )
FREDERICK MACDONALD, et al.,             )     04cv30090-MAP
                                         )
              Respondents.               )
_____)

MOTION TO LIFT STAY OF DEPORTATION

    The respondents, by their attorney, Michael J. Sullivan,

United States Attorney for the District of Massachusetts, move to

lift the stay of deportation for the reason that the court has

dismissed the habeas corpus petition.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:   /s/Karen L. Goodwin
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              Federal Building & Courthouse
                              1550 Main Street, Room 310
Dated: April 1, 2005          Springfield, MA  01103

CERTIFICATION

    This is to certify that a copy of the foregoing was mailed
this date, postage prepaid, to John P. McKenna, McKenna and
Associates, P.C., 1357 Main Street, Suite 305, Springfield, MA
01103.

                              /s/Karen L. Goodwin
                              Karen L. Goodwin