04/04/05

SITCHA RICHARD

RE: ADDRESS CHANGE

DEAR CLERK
ALL INS DETAINEES HAVE BEEN MOVED FROM GREENFIELD TO PLYMOUTH IN BOSTON.
THUS I'M PRAISING YOU TO NOTE THAT MY NEW ADDRESS IS AS FOLLOWING:
SITCHA RICHARD ID # 39823
PLYMOUTH COUNTY CORRECTIONAL FACILITY
26 LONG POND ROAD
PLYMOUTH, MA 02360

THANK YOU IN ADVANCE TO ACCEPT THIS NEW ADDRESS
GOD BLESS YOU