UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sitcha Richard,<br>(A95 461 653), Petitioner<br><br>V.<br><br>Frederick MacDonald, High<br>Sheriff, Franklin County<br>House of Corrections; Tom<br>Ridge, Secretary, Department<br>of Homeland Security; Michael<br>Garcia, Assistant Secretary<br>(Designee), Bureau of Immigration<br>and Customs Enforcement (ICE);<br>Eduardo Aguire, Acting Director,<br>Bureau of Citizenship and<br>Immigration Services("CIS");<br>Bruce Chadbourne, Interim Director,<br>ICE, Boston, Respondents | Case No. 04-CV-300090-MAP |

## MOTION IN OPPOSITION TO DEFENDANTS' MOTION TO LIFT STAY AND REQUEST FOR STAY OF DEPORTATION PENDING 60 DAY APPEAL PERIOD, PURSUANT TO F.R.A.P. RULE 4(a)(1)(B)

I, John P. McKenna as Counsel for the Petitioner, Sitcha Richard, respectfully request the Court to continue the Stay of Deportation pending exhaustion of the sixty (60) day statutory appeal period.

F.R.A.P. Rule 4(a)(1)(B), states "When the United States or its officer or Agency is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered." On March 31st 2005, the Honorable District Court Justice Michael A. Ponsor dismissed the Petitioner's Petition for Habeas Corpus. The Petitioner is actively in the process of securing counsel to represent his interests on the possibility of an appeal to the United States 1st Circuit Court of Appeals.

      I would respectfully ask the Court to continue the Stay of Deportation and allow the Petitioner to remain in the United States during the period of March 31st through May 30th 2005 for purposes of securing counsel during this 60(sixty)day appeal period.

                                    Respectfully submitted,

                                    John D. McKenna  
                                    1537 Main Street, Suite 305  
                                    Springfield, MA 01103  
                                    (413)787-9995

Certificate of Service

I hereby certify that I served a copy of the foregoing motion, by hand delivery, this 18th day of April 2005 on:

Assistant United States Attorney
Karen Goodwin
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

John P. McKenna