# UNITED STATES COURT OF APPEALS
# FIRST CIRCUIT

2005 MAY 17 A 10: 57

Sitcha Richard,  
(A95 461 653), Petitioner

Case No. 04-CV-30090-MAP

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

V.

Frederick MacDonald, High Sheriff, Franklin Co. House of Corrections;  
Tom Ridge, Secretary, Department of Homeland Security;  
Michael Garcia, Assistant Secretary (Designee), Bureau of Immigration & Customs Enforcement (ICE);  
Eduardo Aguire, Acting Director, Bureau of Citizenship & Immigration Services (CIS);  
Bruce Chadbourne, Interim Director, ICE, Boston,  
Respondents

## DEFENDANT'S NOTICE OF APPEAL

I, Sitcha Richard, respectfully submit notice of appeal of the judgment rendered on March 31, 2005, in the United States 1st Circuit Court by the Honorable District Court Justice Michael A. Ponsor denying my Petition for Habeas Corpus. I am actively engaged in securing counsel to represent me in this matter.

Respectfully submitted     May 12, 2005,

SITCHA RICHARD  
Pro se

Carl Doerner

Carl Doerner   (*Signed for the Petitioner)  
137 South Shirkshire  
Conway, MA 01341  
(413-625-9959)

*May the court take notice, the Petitioner was transferred from Franklin County House of Corrections to Plymouth Correctional Facility on April 1, 2005, where for more than a month he was essentially held incommunicado. This denial of access to telephone and to writing materials has seriously impeded his defense and necessitates this notice at his request and in his name.

UNITED STATES COURT OF APPEALS
FIRST CIRCUIT

2005 MAY 27 P 1: 26

Sitcha Richard FILED IN CLERKS OFFICE
(A95 461 653), Petitioner US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Case No. 04-CV-300090-MAP

V.

Frederick Mac Donald, et. al.



### CERTIFICATION

This is to certify that a copy of the Defendant's Notice of Appeal (for lack of recipient's address, not filed with the Defendant when that notice was submitted on May 17, 2005) was mailed this date, postage prepaid, to Karen L. Goodwin, Assistant US Attorney, US Attorney's Office, Federal Building & Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103.

Respectfully submitted   May 25, 2005

SITCHA RICHARD
_____
Sitcha Richard
Pro se

_____
Carl Doerner (*Signed for the Defendant)
137 South Shirkshire
Conway, MA 01341
(413-625-9959)

*May the Court take notice, the Petitioner was transferred from Franklin County House of Corrections to Plymouth Correctional Facility on April 1, 2005, where for more than a month he was held essentially incommunicado. This unreasonable denial of access by him to his personal effects - particularly the denial of telephone, writing materials, and his case record - has seriously jeopardized and impeded his defense. It necessitates this filing by me, at his request, in his name.