# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30090

Sitcha Richard

v.

Frederick MacDonald, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 7, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/8/05

/s/ Burchard
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS

## United States District Court
## District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:04-cv-30090-MAP

Sitcha v. MacDonald et al
Assigned to: Judge Michael A Ponsor
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 05/11/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Richard Sitcha**                                represented by **Richard Sitcha**
                                                                 (A95 461 653)
                                                                 Plymouth County Correctional Facility
                                                                 26 Long Pond Road
                                                                 Plymouth, MA 02360
                                                                 PRO SE

                                                                 **John P. McKenna**
                                                                 John P. McKenna & Associates, PC
                                                                 1537 Main Street
                                                                 Suite 305
                                                                 Springfield, MA 01103
                                                                 413-787-9995
                                                                 Fax: 413-787-9925
                                                                 Email: jpm@mckennapc.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Frederick MacDonald**                           represented by **Karen L. Goodwin**
*High Sheriff, Franklin County House of*                         United States Attorney's Office
*Corrections*                                                    1550 Main Street
                                                                 Springfield, MA 01103
                                                                 413-785-0269
                                                                 Fax: 413-785-0394
                                                                 Email: karen.goodwin@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Respondent**

**Tom Ridge**                                     represented by **Karen L. Goodwin**
*Secretary, Department of Homeland*                              (See above for address)

Security

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Respondent**

**Michael J. Garcia**
*Assistant Secretary (Designee), Bureau of Immigration and Customs Enforcement (BICE)*

**Respondent**

**Eduardo Aguirre**
*Acting Director, Bureau of Citizenship and Immigration Services (BCIS)*

**Respondent**

**Bruce Chadbourne**
*Interim Director BICE, Boston*

represented by **Karen L. Goodwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2004 | 1 | PETITION for Writ of Habeas Corpus pursuant to 28:2241 and Complaint for Injunctive and Declaratory Relief by Richard Sitcha filed. Filing fee of $5.00 paid. Receipt number 305612. (Attachments: # 1 # 2) (Finn, Mary) Modified on 5/11/2004 (Finn, Mary). (28:2241 Habe Petition not signed) (Entered: 05/11/2004) |
| 05/11/2004 | 2 | Letter/request (non-motion) from Harve Kaplan re: 1 Habe Petition not being signed by Richard Sitcha filed. (Finn, Mary) (Entered: 05/11/2004) |
| 05/11/2004 | 3 | Judge Michael A Ponsor : SERVICE ORDER re 2241 Petition entered. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 60 days of rcpt of this order.Respondents shall advise the Court of any scheduled deportation or removal of the Petitioner at least thirty (30) days prior to any deportation or removal; cc/Frank Crowley, Karen Goodwin and Respondent Frederick MacDonald.(Finn, Mary) Modified on 5/12/2004 (Finn, Mary). (Entered: 05/11/2004) |
| 05/20/2004 | 4 | Petitioner's EMERGENCY Letter Motion for Appointment of Counsel by Richard Sitcha filed.(Finn, Mary) (Entered: 05/20/2004) |
| 05/26/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Status Conference held on 5/26/2004. Myles Jacobson appears for plaintiff - possible appointment by court - Returing on 6/29/04 at 3:00 p.m. for further status (PLAINTIFF TO BE PRESENT) (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 05/27/2004) |
| 05/27/2004 |  | Set/Reset Hearings: Further Status Conference set for 6/29/2004 03:00 PM in Courtroom 2 before Honorable Michael A Ponsor. (French, Elizabeth) (Entered: 05/27/2004) |

| | | |
|---|---|---|
| 06/15/2004 | 5 | MOTION for Leave to Proceed in forma pauperis by Richard Sitcha. (Stuckenbruck, John) (Entered: 06/15/2004) |
| 06/15/2004 | | Judge Michael A Ponsor : ORDER entered denying [5] Motion for Leave to Proceed in forma pauperis. Petitioner has sufficient funds to retain an attorney.(motion not scanned due to financial information on application) (Stuckenbruck, John) (Entered: 06/15/2004) |
| 06/18/2004 | 6 | Petitioner's MOTION for reconsideration regarding signature on his Habeas Corpus by Richard Sitcha.(Lindsay, Maurice) (Entered: 06/21/2004) |
| 06/21/2004 | 7 | MOTION to Continue Status Conference on 6/29/04 and MOTION to Stay Deportation by Richard Sitcha. (MOTION UNSIGNED, SEE ATTACHED LETTER)(Stuckenbruck, John) (Entered: 06/21/2004) |
| 06/29/2004 | | Judge Michael A Ponsor : Electronic ORDER entered granting 7 Motion to Continue status conference, granting 7 Motion to Stay Deportation. Conference on 7/12/04 @ 2:30 PM. (Plaintiff to be present - French Interpreter to be provided) (French, Elizabeth) Modified on 7/2/2004 (Stuckenbruck, John). (Entered: 07/01/2004) |
| 07/09/2004 | 8 | MOTION to Dismiss by Frederick MacDonald, Tom Ridge.(Lindsay, Maurice) (Entered: 07/09/2004) |
| 07/09/2004 | 9 | Return and MEMORANDUM of law in Support its 8 MOTION to Dismiss filed by Frederick MacDonald, Tom Ridge. (Lindsay, Maurice) (Entered: 07/09/2004) |
| 07/12/2004 | | Mail Returned as Undeliverable. Mail sent to Richard Sitcha (Lindsay, Maurice) (Entered: 07/12/2004) |
| 07/12/2004 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Status Conference held on 7/12/2004. Attorney McKenna appears for status conference, will need to meet with plaintiff further before decision is made as to whether he will represent plaintiff - Further conference set for 7/21/04 at 2:00 p.m.; Attorney McKenna will meet w/plaintiff prior to hearing; plaintiff to be habed in for this status conference; Court indicates plaintiff shall not be deported nor moved from facility without further order of the court (french interpreter to be provided) (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 07/12/2004) |
| 07/16/2004 | 10 | Remark HABE ISSUED FOR PLAINTIFFS APPEARANCE ON 7/21/04 AT 1:30 P.M.; DOCUMENT NOT SCANNED (French, Elizabeth) (Entered: 07/19/2004) |
| 07/21/2004 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Status Conference held on 7/21/2004. Order will be issued. (Court Reporter Sue Mitchell.) (Lindsay, Maurice) (Entered: 07/22/2004) |
| 07/28/2004 | 11 | NOTICE of Appearance by John P. McKenna on behalf of Richard Sitcha (Lindsay, Maurice) (Entered: 07/28/2004) |

| | | |
|---|---|---|
| 08/09/2004 | 12 | MOTION to Release Petitioner on Bail by Richard Sitcha.(Lindsay, Maurice) (Entered: 08/09/2004) |
| 08/09/2004 | 13 | MEMORANDUM in Support of 12 MOTION to Release Petitioner on Bail filed by Richard Sitcha. (Attachments: # 1 Exhibits# 2 Exhibits) (Lindsay, Maurice) (Entered: 08/09/2004) |
| 08/16/2004 | 14 | Judge Michael A Ponsor : SCHEDULING ORDER entered. Cl. for the petition to convey a letter to cl. for the respondents re: necessary docs. by 7/30/2004. Cl. for the respondents to ans. the letter by 8/13/2004, providing whatever docs. cl. is willing and able to produce. Cl. for the petitioner to resp. to the respondents' 8 MOTION to Dismiss by 9/03/2004. Cl. for the respondents may reply by 9/14/2004. Hearing (argument) on 8 MOTION to Dismiss set for 9/23/2004 at 02:00 PM in Courtroom 1 before Honorable Michael A Ponsor. Cl. for the petitioner may move at any time for release of the petitioner upon conditions, either with the agreement of the respondents, or over respondent's objection. Pending further order of the Court, the respondent is hereby ordered not to deport the petitioner, or transfer him outside the four counties of Western Mass. NOTE: The deadlines described above where discussed at the 7/21/2004 conf. Issuance of this written order has been delayed while the undersigned was away; ccv/cl.(Finn, Mary) (Entered: 08/16/2004) |
| 08/23/2004 | 15 | Respondents resp. in Opposition to the Petitioner's 12 MOTION to Release Petitioner on Bail filed.(Finn, Mary) (Entered: 08/24/2004) |
| 08/25/2004 | | Mail Returned as Undeliverable. Mail sent to Richard Sitcha (Lindsay, Maurice) (Entered: 08/25/2004) |
| 09/01/2004 | 16 | NOTICE of Hearing on Motion 12 MOTION to Release Petitioner on Bail: Motion Hearing set for 9/10/2004 10:00 AM in Courtroom 1 before Honorable Michael A Ponsor. Interpreter to be present: Jean Robert Obas Defendant to be present(French, Elizabeth) (Entered: 09/01/2004) |
| 09/03/2004 | 17 | Petitioner's MEMORANDUM of law in Opposition to Respondent's 8 MOTION to Dismiss filed by Richard Sitcha. (Lindsay, Maurice) (Entered: 09/03/2004) |
| 09/09/2004 | 18 | Remark Writ issued for Richard Sitcha to appear for hearing on 9/10/04 at request of Marshal Service (French, Elizabeth) (Entered: 09/09/2004) |
| 09/10/2004 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Motion Hearing held on 9/10/2004 re 12 MOTION to Release Petitioner on Bail filed by Richard Sitcha. Oral Order denying Motion to release petitioner (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 09/10/2004) |
| 09/10/2004 | | Judge Michael A Ponsor : electronic ORAL ORDER entered in open courtdenying 12 Motion for release (French, Elizabeth) (Entered: 09/10/2004) |
| 09/23/2004 | 19 | NOTICE of Hearing on Motion 8 MOTION to Dismiss: Motion Hearing RESET for 10/6/2004 02:30 PM in Courtroom 1 before Honorable |

| | | |
|---|---|---|
| | | Michael A Ponsor. (French, Elizabeth) (Entered: 09/23/2004) |
| 09/29/2004 | | Remark STAFF NOTES - TIME CHANGE FOR MOTION HEARING ON 10/6/04 HEARING CONFIRMED W/COUNSEL - TIME CHANGE TO 2:00 P.M. INTERPRETER TO BE UTILIZED JEAN ROBERT OBAS - PLAINTIFF TO BE PRESENT - HABE WILL BE ISSUED (French, Elizabeth) (Entered: 09/29/2004) |
| 09/29/2004 | | WRIT issued FOR PLAINTIFF'S APPEARANCE ON OCTOBER 6, 2004 AT 2:00 P.M. TO MARSHALS THIS DATE (French, Elizabeth) (Entered: 09/29/2004) |
| 10/06/2004 | 20 | MEMORANDUM OF DEFENSE AND MOTION to be Released by Richard Sitcha.(Lindsay, Maurice) (Entered: 10/06/2004) |
| 10/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Motion Hearing held on 10/6/2004 re 8 MOTION to Dismiss filed by Frederick MacDonald, Tom Ridge, 20 MOTION to be Released filed by Richard Sitcha. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 10/07/2004) |
| 11/02/2004 | 21 | MOTION for Extension of Time to 11/15/04 to File additional documents by Frederick MacDonald, Tom Ridge.(Lindsay, Maurice) (Entered: 11/02/2004) |
| 11/03/2004 | | Judge Michael A Ponsor : ELECTRONIC ENDORSED ORDER entered granting the Deft's Assented to 21 Motion for Extension of Time to File additional documents until 11/15/2004; cc/cl. (Finn, Mary) (Entered: 11/03/2004) |
| 11/08/2004 | 22 | Respondents' Frederick MacDonald, Tom Ridges' Notice of filing documents and citation of suppl. authority in support of their 8 MOTION to Dismiss filed. (Attachments: # 1 - Exhibits) Documents not scanned due to being to voluminous.(Finn, Mary) (Entered: 11/08/2004) |
| 11/10/2004 | 23 | NOTICE of filing documents by Richard Sitcha (Lindsay, Maurice) (Entered: 11/10/2004) |
| 11/10/2004 | 24 | AFFIDAVIT of Sitcha Richard by Richard Sitcha. (Lindsay, Maurice) (Entered: 11/10/2004) |
| 11/10/2004 | 25 | AFFIDAVIT of Sitcha Richard by Richard Sitcha. (Lindsay, Maurice) (Entered: 11/10/2004) |
| 11/16/2004 | 26 | Petitioner's MOTION to delay action until 11/19/2004 on the 24 and 25 Affidavits of Richard Sitcha by Richard Sitcha filed.(Finn, Mary) (Entered: 11/16/2004) |
| 11/18/2004 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting 26 Motion to delay action on affidavit (Lindsay, Maurice) (Entered: 11/19/2004) |
| 11/19/2004 | 27 | Ptf's MOTION Delay action on affidavit by Richard Sitcha.(Lindsay, Maurice) (Entered: 11/22/2004) |

| 11/22/2004 | 28 | Petitioner's MOTION for Leave to submit suppl. affidavit and other supporting materials by Richard Sitcha filed.(Finn, Mary) (Entered: 11/22/2004) |
|---|---|---|
| 11/22/2004 | 29 | NOTICE of filing suppl. affadavit and suppl. exhibit 8 by Richard Sitcha filed. (Finn, Mary) (Entered: 11/22/2004) |
| 11/22/2004 |  | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Petitioner's 27 Motion to delay action on affidavit; cc/cl. (Finn, Mary) Modified on 11/23/2004 (Finn, Mary). (Entered: 11/23/2004) |
| 11/22/2004 |  | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Petitioner's 28 Motion for Leave to File suppl. affidavit and other supporting material; cc/cl. (Finn, Mary) Modified on 11/23/2004 (Finn, Mary). (Entered: 11/23/2004) |
| 11/23/2004 | 30 | SUPPL. AFFIDAVIT of Richard Sitcha by Richard Sitcha filed. (Attachments: # 1 # 2 # 3)(Finn, Mary) (Entered: 11/23/2004) |
| 12/16/2004 | 31 | MOTION for Leave to File by Bruce Chadbourne, Tom Ridge.(Goodwin, Karen) (Entered: 12/16/2004) |
| 01/04/2005 |  | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Respopndent's 31 Motion for Leave to File affidavit of Anthony D. Collins; cc/cl. (Finn, Mary) (Entered: 01/05/2005) |
| 01/05/2005 | 32 | Respondents' AFFIDAVIT of Anthony D. Collins by Frederick MacDonald, Tom Ridge, Bruce Chadbourne filed. (Finn, Mary) (Entered: 01/05/2005) |
| 03/01/2005 | 33 | AFFIDAVIT of Sitcha Richard in support of his 1 Petition (2254) by Richard Sitcha. (Attachments: # 1 Exhibits# 2 Exhibits# 3 Exhibit)(Lindsay, Maurice) (Entered: 03/01/2005) |
| 03/01/2005 | 34 | AFFIDAVIT of Sitcha Richard in support of his 1Petition (2254) by Richard Sitcha. (Attachments: # 1 Exhibits)(Lindsay, Maurice) (Entered: 03/01/2005) |
| 03/11/2005 | 35 | Proposed Document(s) submitted by Richard Sitcha. Document received: Letter & INS Appeal Brief entitled Exhibit-H. (Lindsay, Maurice) (Entered: 03/11/2005) |
| 03/31/2005 | 36 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered granting 8 Motion to Dismiss. See the attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 03/31/2005) |
| 03/31/2005 | 37 | Judge Michael A Ponsor : ORDER entered. JUDGMENT in favor of Respondent's Frederick MacDonald, et al., against Petitioner Richard Sitcha. cc/cl(Lindsay, Maurice) (Entered: 03/31/2005) |
| 04/01/2005 | 38 | MOTION Lift Stay by Tom Ridge, Bruce Chadbourne.(Goodwin, Karen) (Entered: 04/01/2005) |
| 04/04/2005 |  | E-Mail Notice re motion to stay originally issued on 3/31/05 returned as undeliverable. Name of Addressee: John McKenna Mailbox full. E-mail |

| | | |
|---|---|---|
| | | resent. (Stuckenbruck, John) (Entered: 04/04/2005) |
| 04/06/2005 | 39 | NOTICE of Change of Address by Richard Sitcha (Lindsay, Maurice) (Entered: 04/06/2005) |
| 04/18/2005 | 40 | Petitioner's RESPONSE in Opposition to the Respondents' 38 MOTION Lift Stay and Petitioner's req. for stay of deportation pending sixty (60) day Appeal Period by Richard Sitcha filed. (Finn, Mary) Modified on 4/18/2005 (Finn, Mary). (Entered: 04/18/2005) |
| 04/21/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 38 Motion to lift stay of deportation. DENIED. The stay will remain in place during the appeal period. Petitioner is entitled to seek review of this court's decision. So Ordered. cc/cl (Lindsay, Maurice) (Entered: 04/21/2005) |
| 05/17/2005 | 41 | NOTICE OF APPEAL as to 37 Judgment, 36 Order on Motion to Dismiss by Richard Sitcha. Notice of Appeal filed in USCA on 5/17/05 and received by USDC on 6/6/05 w/instructions to docket appeal as of 5/17/05. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/6/2005. (Stuckenbruck, John) (Entered: 06/06/2005) |
| 06/06/2005 | | Original file forwarded to Appeals Clerk, Boston (Stuckenbruck, John) (Entered: 06/06/2005) |