# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

RICHARD   SITCHA
_____
Plaintiff(s),

v.

Case No. __05 - 1860__

MCDONALD , ET. AL
_____
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I submit the attached financial affidavit and state that:

(1)   I am unable to pay such fees, costs, or give security therefor.
(2)   I am entitled to commence this action against the defendant(s).
(3)   I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

Richard Sitcha
_____
Name (print or type)
26 Long Pond RD
_____
Street Address   PCCF - Plymouth, MA 02360
_____
City         State      Zip Code
( )
_____
Telephone Number

(Rev. 6/12/02)

SCANNED

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

RICHARD SOTCHA
_____
Plaintiff(s),

Case No. 05-1860

v.

MCDONALD, ET.AL
_____
Defendant(s).

I declare that:

(1)    I am unable to pay such fees, costs, or give security therefor.

(2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _X_   Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____   No ____
Dependents: Wife ____   Children # ____   Others ____
and relationship _____
The names and ages of my children are:
Name _____   Age _____
Name _____   Age _____
Name _____   Age _____

**RESIDENCE**   PLYMOUTH COUNTY CORR. FACILITY
Street Address: 26 LONG POND ROAD, PLYMOUTH, MA 02360
City: PLYMOUTH   State: MA
Zip Code: _____   Telephone: _____

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 8      High School  9 10 11 12
College  1 2 3 4    Post-Graduate  1 2 3 4

## EMPLOYMENT
If underlined at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:  Monthly _____    Weekly _____

If self-employed state weekly wages: _____
What is the nature of your employment? _____

If unemployed at present, complete the following:
I have been unemployed since the _____ day of _____
The name of my last employer: _____
Address: _____
Telephone #: (____) _____
The last salary or wages received: _____

If spouse is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:  Monthly _____    Weekly _____
What is the nature of spouse's employment? _____

If on welfare or receiving unemployment benefits complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____

If receiving social security, disability or workers' compensation benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____
I am receiving $_____ monthly _____ weekly _____

## FINANCIAL STATUS
Owner of real property?  Yes ____  No ____
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____

3

Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property _____

Other property:
Automobile:  Make _____  Model _____  Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash on hand:
Cash in banks and savings and loan associations: _____
Names and addresses of banks and associations: _____
_____
_____

**OBLIGATIONS:**
Monthly rental on house or apartment:                           $ _____
Monthly mortgage payment on house:                             $ _____
Gas bill per month:                                            $ _____
Electric bill per month:                                       $ _____
Phone bill per month:                                          $ _____
Car payments per month:                                        $ _____
Car insurance payments per month:                              $ _____
Other types of insurance payments per month                    $ _____
Monthly payments to retail merchants:                          $ _____
    Please list: _____                              $ _____
    Please list: _____                              $ _____
Monthly payments on any other outstanding
loans or debts:                                                $ _____
    Please list: _____                              $ _____
    Please list: _____                              $ _____
Any money owed to doctors, hospitals, lawyers
    Please list: _____                              $ _____
    Please list: _____                              $ _____
Monthly payment for maintenance or child support
under separation or dissolution agreement:                     $ _____
Estimated monthly expenditure on food:                         $ _____
Estimated monthly expenditure on clothing:                     $ _____

Total amount of monthly obligations:                           $ _____

4

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

Date: 7/13/05

_Richard Sitcha_
**Original Signature of Affiant**

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/13/05

_Richard Sitcha_
**Original Signature of Affiant**